**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NAMOD PALLEK *et al.*<br><br>    *Plaintiffs*,<br><br><br>      *v.*<br><br>BROOKE L. ROLLINS, in her official capacity as U.S. Secretary of Agriculture, *et al.*<br>      *Defendants.* | Civil Action No. 1:25-cv-01650-JMC |

**PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to Local Civil Rule 65.1(a), Plaintiffs Namod Pallek, Julliana Samson, Diana Ramos, Catherine Hollingsworth, MAZON, Inc.: A Jewish Response to Hunger ("MAZON"), and Electronic Privacy Information Center ("EPIC") hereby move for a temporary restraining order, to remain in effect until such time as the Court can further consider the merits of Plaintiffs' claims, enjoining Defendants U.S. Secretary of Agriculture Brooke L. Rollins, the U.S. Department of Agriculture ("USDA"), Administrator of the Food and Nutrition Service James C. Miller, and the Food and Nutrition Service ("FNS"), from retrieving any Supplemental Nutrition Assistance Program ("SNAP") applicant and recipient information from state governments, and directing Defendants to delete, destroy, or otherwise dispose of any information that has already been transferred by state governments.

As set forth in more detail in the accompanying memorandum, Defendants have demanded information about individuals applying for or receiving SNAP in violation of the

1

Privacy Act of 1974, the Paperwork Reduction Act of 1980, and the E-Government Act of 2002. Defendants' actions should be enjoined under the Administrative Procedure Act because they are contrary to law and arbitrary and capricious. Plaintiffs will suffer imminent and irreparable injury should unlawful access be permitted to continue.

Accordingly, the Court should issue a temporary restraining order:

(1) Enjoining Defendants Secretary Rollins, USDA, Administrator Miller, FNS, and their officers, agents, servants, employees, and attorneys from:

- enforcing the May 6, 2025 letter from Gina Brand to State Agency Directors (the "May 6, 2025 Letter");

- demanding, seeking, or otherwise requesting any SNAP applicant and recipient information from state governments or third-party EBT processors pursuant to the May 6, 2025 Letter; *and*

- receiving, collecting, or otherwise taking possession of any SNAP applicant and recipient information from state governments or third-party EBT processors pursuant to the May 6, 2025 Letter.

(2) Directing Defendants Secretary Rollins, USDA, Administrator Miller, FNS, and their officers, agents, servants, employees, and attorneys to immediately:

- direct states and third-party EBT processors not to comply with the May 6, 2025 Letter;

- refrain from reviewing, sharing, or using SNAP applicant or recipient data that has already been received or obtained because of the May 6, 2025 Letter;

- delete, destroy, or otherwise dispose of all information that has been received or obtained in response to the May 6, 2025 Letter;

- delete any systems that have been created to house the data; *and*

- ensure that any third parties to whom USDA has disclosed SNAP applicant or recipient data collected pursuant to the May 6, 2025 letter also delete, destroy, or otherwise dispose of all such information.

(3) Ordering Defendants Secretary Rollins, USDA, Administrator Miller, and FNS to file a status report with this Court by an appropriate date identified by the Court

- identifying all persons, agencies, and other entities who have had access to the data of SNAP applicants and recipients as described in the May 6, 2025 Letter;

- documenting the action they have taken to comply with this Order; *and*

- certifying compliance with the temporary restraining order.

Pursuant to Local Civil Rule 65.1(a), at approximately 12:45 PM on May 27, 2025, Plaintiffs' counsel emailed the three Assistant Directors for the Federal Programs Branch of the Department of Justice and the Chief of the Civil Division of the U.S. Attorney's Office in D.C. to provide them with electronic copies of the complaint, motion for a temporary restraining order, and accompanying memorandum, declarations, and proposed order via e-mail before completing this electronic filing.

Date: May 27, 2025                              Respectfully submitted,

Deana El-Mallawany*                    */s/ Daniel A. Zibel*
PROTECT DEMOCRACY PROJECT              Daniel A. Zibel (D.C. Bar No. 491377)
15 Main Street, Suite 312              Madeline Wiseman (D.C. Bar No. 90031948)
Watertown, MA 02472                    Melissa Padilla (D.C. Bar No. 90018065)
(202) 579-4582                         NATIONAL STUDENT LEGAL DEFENSE
deana.elmallawany@protectdemocracy.org NETWORK
                                       1701 Rhode Island Ave. NW
Nicole Schneidman*                     Washington, DC 20036
PROTECT DEMOCRACY PROJECT              (202) 734-7495
P.O. Box 341423                        Email: dan@defendstudents.org

Los Angeles, CA 90034-9998
(202) 579-4582
nicole.schneidman@protectdemocracy.org

JoAnna Suriani (D.C. Bar No. 1645212)*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
(202) 579-4582
joanna.suriani@protectdemocracy.org

*Counsel for Plaintiffs MAZON, EPIC, Ramos & Hollingsworth*

Saima A. Akhtar (NY Bar No. 4661237)*
NATIONAL CENTER FOR LAW AND
ECONOMIC JUSTICE
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org

*Counsel for Plaintiffs MAZON, EPIC, Ramos & Hollingsworth*

madeline@defendstudents.org
melissa@defendstudents.org

*Counsel for Plaintiffs*

John L. Davisson, D.C. Bar #1531914
Sara Geoghegan, D.C. Bar #90007340
Kabbas Azhar, D.C. Bar #90027866
ELECTRONIC PRIVACY
INFORMATION CENTER
1519 New Hampshire Ave, N.W.
Washington, D.C. 20036
Telephone: (202) 483-1140
Fax: (202) 483-1248
Email: davisson@epic.org
    geoghegan@epic.org
    azhar@epic.org

*Counsel for EPIC*

*Motion for Admission for Pro Hac Vice* Forthcoming