IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAMOD PALLEK *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>BROOKE L. ROLLINS, in her official capacity as U.S. Secretary of Agriculture, *et al.*<br><br>*Defendants.* | Civil Action No. 1:25-cv-01650 |

**DECLARATION OF NAMOD PALLEK IN SUPPORT OF
PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to 28 U.S.C. § 1746, I, Namod Pallek, declares as follows:

1. I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am a full-time, undergraduate student at the University of California, Berkeley.

3. I first started receiving SNAP benefits in 2017 through my family in California, where the Program is known as "CalFresh." I started receiving SNAP benefits for my individual household in January 2024. To receive SNAP benefits, I had to submit highly sensitive personal information to the California Department of Social Services. Information I shared includes my Social Security number, a photo of my passport, W-2 forms, federal tax returns, detailed school financial aid award information, and my lease.

4. My ability to afford nutritious meals as a full-time student receiving federal work-study is entirely dependent on CalFresh. Without this resource I would be forced to make an

1

impossible choice: either endure food insecurity or divert crucial time from my studies to secure and work another job.

5. I am disturbed by the federal government's demand for my personal data from my state government. The complete lack of transparency regarding what data the federal government will acquire, and how it will be utilized, is deeply unsettling. I consented to sharing my information with the state solely for SNAP eligibility and benefit distribution. I did not consent to my data being shared with the federal government. I would like to know what information the USDA has on me, how they're storing it and keeping it safe, what they're using it for, and who has access to it. I would also like to know how I can check to make sure the information they have is accurate. If I had the opportunity, I would submit a comment to inform the government of my concerns.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this  26  day of May 2025, in      Berkeley     , California.

*Namod Pallek*
Namod Pallek

2