IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAMOD PALLEK *et al.*<br><br>*Plaintiffs*,<br><br> v. <br><br>BROOKE L. ROLLINS, in her official capacity as U.S. Secretary of Agriculture, *et al.*<br>*Defendants.* | Civil Action No. 1:25-cv-01650 |

**DECLARATION OF JULLIANA SAMSON IN SUPPORT OF
PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to 28 U.S.C. § 1746, I, Julliana Samson, declares as follows:

1. I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am a full-time, undergraduate student at the University of California, Berkeley. I am the first person in my family to pursue a college degree.

3. In August 2024, I applied for and began receiving SNAP in California, where the Program is known as "CalFresh." To receive SNAP benefits, I had to submit highly sensitive personal information to the California Department of Social Services including my Social Security number, a photo of my driver's license, federal tax returns, detailed school financial aid award information, and my lease.

4. SNAP benefits are a critical support as I work toward achieving my life-long dream of receiving a college degree. As a full-time student and recipient of work-study, losing

1

this vital resource would make me food insecure.

5. The federal government's demand for my personal information is a violation of my privacy and a blow to my trust in the SNAP system. Not knowing what data the federal government intends to seize and how it will be used is alarming. I entrusted my sensitive details to the state solely for SNAP eligibility and benefit distribution. Now that the USDA is demanding access to my information, I feel exposed and uncertain.

6. I would like to know what information the USDA has on me, how they're storing it and keeping it safe, what they're using it for, and who has access to it. I would also like to know how I can check to make sure the information they have is accurate. If I had the opportunity, I would submit a comment to inform the government of my concerns.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this  26  day of May 2025, in      Berkeley     , California.

*Julliana Samson*
Julliana Samson