IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAMOD PALLEK *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>BROOKE L. ROLLINS, in her official capacity as U.S. Secretary of Agriculture, *et al.*<br>*Defendants*. | Civil Action No. 1:25-cv-01650 |

**DECLARATION OF DIANA RAMOS IN SUPPORT OF
PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to 28 U.S.C. § 1746, I, Diana Ramos, declare as follows:

1. I am a resident of the State of New York. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I have been enrolled in the Supplemental Nutrition Assistance Program ("SNAP") continuously since 2013. I first enrolled in SNAP for a short period of time twenty years ago in Tennessee. After relocating to Florida, losing my job, and experiencing homelessness, I reapplied for SNAP in Florida in 2013. I remained in Florida's SNAP program from 2013 to January 2020. In order to recertify my eligibility for benefits during this period, I periodically resubmitted the necessary information and paperwork.

3. In March 2020, I moved from Florida to New York, where I now live. After moving to New York, I closed my SNAP case in Florida and submitted another application for SNAP benefits in New York. I have remained in the program since then by periodically

resubmitting the necessary information and paperwork in order to recertify my eligibility for benefits.

4.      As a part of my SNAP application and periodic recertification, I provided a lot of personal information to both the Florida Department of Children and Families and the New York City Human Resources Administration. As best I can remember, in Florida, I submitted a copy of my state-issued ID, my Social Security number, and my bank account number. For my recertification in New York, I provided copies of my state-issued ID and Social Security card, and several bank statements. From March 2020 to September 2021, I again experienced homelessness and I believe the shelters I stayed in in New York provided the rest of the information needed to recertify my SNAP eligibility during that time. After I got my own apartment in September 2021, I also was required to submit copies of electric bills and my rental receipt.

5.      During the week of May 19, 2025, I found out that the United States Department of Agriculture was demanding that states turn over SNAP data, including the personal information I have submitted as part of applications in Florida and New York.

6.      I am extremely concerned about how the federal government will use my personal information and whether my data will be kept safe. In 2004 my identity was stolen, and someone gained access to my credit cards and opened new credit cards in my name. It was expensive, time consuming, and stressful to deal with fixing the theft of my personal information. This experience made me very careful and vigilant about the security of my personal information. For example, I make sure to change my passwords often so that my online data is secure.

7.      I am also very aware of the practice of "skimming" SNAP benefits, in which people use card readers to steal EBT numbers and then spend people's benefits. To avoid risking

my EBT number, I am very careful about where I swipe my card and try to limit purchases to large grocery stores or trusted retailers. Now that the USDA is demanding access to my data, I am concerned that it could become more vulnerable to hacking and to skimming schemes that may threaten my benefits.

8. USDA's demand for my data makes me feel as though I have to choose between data security and SNAP benefits. I have Type II Diabetes and require a high-protein diet because foods that are high in sugar and carbohydrates worsen my health. SNAP is the only way I can afford to buy the high-protein food I need to manage my disease because those are typically more expensive.

9. Because of my health, I have no choice but to remain on SNAP, even though I fear for the safety of my personal information.

10. I am also troubled by the lack of information about what USDA is doing with SNAP data. I would like to know what information the USDA has on me, how they're storing it and keeping it safe, what they're using it for, and who has access to it. I would also like to know how I can check to make sure the information they have is accurate. If I had the opportunity, I would submit a comment to inform the government of my concerns.

11. As a member of Safety Net Activists, a group of volunteer community leaders committed to addressing poverty in New York City, I regularly participate in events designed to educate my community on issues like food insecurity. Without knowing what USDA is going to do with mine and others' personal information, I will be unable to effectively educate or advocate for my community.

12. As an outspoken community leader, I am also careful to keep my own personal information private and secure so that it does not get into the hands of people who could target me because of my political beliefs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27.00 day of May 2025, in ___New York___, New York.

Diana Ramos