**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| NAMOD PALLEK *et al.* |
| *Plaintiffs*, |
| *v.* |
| BROOKE L. ROLLINS, in her official capacity as U.S. Secretary of Agriculture, *et al.* |
| *Defendants.* |

Civil Action No. 1:25-cv-01650

**DECLARATION OF CATHERINE HOLLINGSWORTH IN SUPPORT OF
PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to 28 U.S.C. § 1746, I, Catherine Hollingsworth, declare as follows:

1.       I am a resident of the State of Alaska. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2.       I am 75 years old and currently live in Wasilla, Alaska. I am currently receiving SNAP benefits.

3.       I am disabled and have Myalgic Encephalomyelitis/Chronic Fatigue Syndrome (ME/CFS), osteoporosis, and long COVID. I began receiving Social Security Disability benefits in 1997.

4.       I first applied for and began receiving SNAP benefits in Alaska in or around 2002. To apply and maintain my eligibility for SNAP, I have had to provide sensitive personal information including my birth certificate, driver's license, bank statements, my lease and paperwork for my Housing and Urban Development ("HUD") voucher, and medical records

1

including doctors' letters along with receipts for my medical expenses, including my prescriptions.

5.    SNAP has been a lifeline for me for many years. When my children were young, I took care of them and only worked sporadically. When my health failed, I had gotten divorced, and my social security was insufficient to fall back on, so I relied on SNAP and other public benefits to meet my basic needs.

6.    On May 15, 2025, I read an article in the Alaska Beacon[1] reporting that Alaska had shared SNAP recipients' personal information—including mine—with the federal government. I immediately became concerned about the security of my information and put a fraud alert on my bank accounts and froze my credit.

7.    I am concerned enough about my data being compromised that if I could, I would choose not to provide any additional personal information to my state agency. But I cannot do that because I depend on my benefits to survive. I know what it feels like to be without SNAP because I have experienced it. In 2023, I lost SNAP benefits for five months because the agency failed to process my recertification on time. To have enough food to eat, I ended up with $2,400 of debt on one of my credit cards that I have not been able to pay off.

8.    I cannot rely on food banks because of my many allergies, including an allergy to the metal cans that are the most common option at food banks. Because of my health issues, I have to eat more expensive organic foods. It is not an option for me to lose SNAP, but I should not be forced to choose between having my privacy respected and being able to buy food I need to live.

---

[1] James Brooks, *Alaska Gives Food Stamp Recipients' Personal Information to Federal Officials*, Alaska Beacon (May 15, 2025 5:55AM), https://alaskabeacon.com/2025/05/15/alaska-gives-food-stamp-recipients-personal-information-to-federal-officials.

9.      Since my state turned over my data in response to USDA's demand, I do not know what information has been shared, whether it's safe, who has it, or what they plan to do with it. Because I have had problems with data inaccuracies in the past, I would also like to know how I can check to make sure the information USDA has is accurate. If I had the opportunity, I would submit a comment to inform the government of my concerns.

10.     I feel that my privacy has been violated, and that I, and everyone affected, were not respected, and were denied the dignity and agency to be in charge of our own information and affairs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26 day of May 2025, in _Wasilla_, Alaska.

Catherine Hollingsworth

3