IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAMOD PALLEK *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>BROOKE L. ROLLINS, in her official capacity as U.S. Secretary of Agriculture, *et al.*<br><br>*Defendants.* | Civil Action No. 1:25-cv-01650 |

**DECLARATION OF ABBY J. LEIBMAN IN SUPPORT OF
PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to 28 U.S.C. § 1746, I, Abby J. Leibman, declare as follows:

1. I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the President & CEO of MAZON: A Jewish Response to Hunger ("MAZON"), a national nonprofit organization incorporated in Massachusetts and headquartered in Los Angeles, California. I have held this position since 2011. As President & CEO, I oversee all of MAZON's programs, operations, and staff of 25 individuals. As such, I have personal knowledge of the facts and information set forth below.

3. For 40 years, MAZON's mission has been to end hunger through advocacy at all levels of government, providing grants and educational support to other organizations, analyzing data to advance policy solutions, and educating service providers, the anti-hunger community, and the Jewish community.

1

4. MAZON was founded in 1985 to "build a bridge between the relative abundance of the American Jewish community and the desperate need felt by millions of hungry people."[1] MAZON began by building relationships with rabbis and synagogues across the country, encouraging them to donate a percentage of the costs from life-cycle celebrations (weddings, bar/bat mitzvahs, and other occasions). This fundraising, inspired by a modern interpretation of the ancient rabbinical tradition of not allowing a celebration to begin until the community's poor and hungry were seated and fed, allowed MAZON to make annual grants to small organizations fighting hunger across the country.

5. As MAZON grew and continued to fight hunger, it learned it had to advocate to change the circumstances that allow hunger to persist for people of all faiths and backgrounds.

6. Today, MAZON advocates on behalf of and serves the most vulnerable communities in the country including college students, trans youth, Native Americans, single mothers, veterans, military families, and the elderly, irrespective of their religion.

7. Ensuring access to the Supplemental Nutrition Assistance Program ("SNAP") is a priority advocacy area for MAZON. For over 30 years, MAZON has engaged with policymakers to protect and strengthen federal nutrition programs like SNAP by closely monitoring programmatic developments at the federal, state, and local levels.

8. MAZON regularly tracks the Federal Register to identify circumstances in which we feel a need to comment on actions or regulations proposed by the United States Department of Agriculture ("USDA"). For example, in December 2018, MAZON submitted a comment opposing the expansion of the "public charge" rule, acknowledging that families were disenrolling in SNAP out of fear that their participation would negatively affect immigration

---

[1] MAZON, *Who We Are*, https://mazon.org/who-we-are/ (last visted May 26, 2025).

proceedings for themselves or family members. In December 2022, MAZON submitted a formal comment regarding an interim final rule on SNAP requiring interstate data matching through the National Accuracy Clearinghouse ("NAC") to prevent duplicate SNAP issuances. MAZON's concern was that the data could be used to stigmatize and penalize SNAP recipients. We also mobilize partners to submit comments in rulemaking proceedings to ensure stakeholders' voices are represented in the process.

9. Alongside its advocacy efforts, MAZON supports direct service providers—organizations that guide individuals through the SNAP application process and help them secure benefits. MAZON supports these organizations by providing educational resources and timely updates on state and federal SNAP policy changes, including how these changes impact populations who often are overlooked, such as seniors, veterans, and single mothers. MAZON also works with providers to identify and address obstacles that prevent eligible individuals from applying for and participating in SNAP, by identifying the source of reluctance for qualified individuals to apply and providing resources and guidance on how to address those fears, which heretofore are typically unfounded; such as those grounded in stigma, fear of sharing personal and financial information with the government, and assumptions about who can or should apply.

10. The May 6, 2025, letter from Food and Nutrition Service to SNAP State Agency Directors ("Collection Letter") has directly impaired a number of MAZON's core activities.

11. Because USDA failed to provide the required information, notice, and opportunity for comment, MAZON was denied the opportunity to voice its concerns. Specifically, MAZON could not comment on the data collection itself, explain its potential to discourage SNAP participation, or suggest ways for USDA to meet its objectives without harmful repercussions. MAZON places a high premium on its participation in the regulatory context because MAZON

has developed deep expertise on how hunger impacts particular communities, often overlooked or misunderstood by other commentators. These comments have been successful in influencing the scope and impact of regulations where agencies would not otherwise be made aware of the concerns MAZON is able to raise.

12. In response to the significant uncertainties surrounding the Collection Letter, MAZON is continually revising educational materials and shifting priorities in its work with anti-hunger organizations and advocates, including direct service providers. These changes are a direct consequence of USDA's failure to clarify (a) the specific data sought, (b) the intended use of the data, and (c) the safeguards that will be placed around the data, as well as the fear and apprehension of SNAP-eligible individuals. Without knowing exactly what information USDA is collecting, how it will be used, who will have access to it, and how it will be safeguarded, MAZON is effectively incapable of educating its service providers or working with them to counteract the enrollment barriers the Data Collection will pose.

13. For example, MAZON supports and works with service providers who support elderly SNAP applicants, a population that is often hesitant to share sensitive personal information with even local and state governments. For years, MAZON has worked to reassure the elderly community that it is safe to apply for SNAP because the information provided will only be used as necessary to determine their eligibility. Similarly, MAZON works with service providers who serve single mothers fleeing domestic violence, who are reluctant to apply for SNAP out of fear that their information may be used for child support enforcement or revealed to the abusive non-custodial parent. As a result of the Collection Letter's vagueness, MAZON has not been able to provide that reassurance or reliable guidance to service providers that are working with these vulnerable populations.

14. In a strategic shift in response to the Collection Letter, MAZON has also reallocated time and resources to sustain its work on college hunger issues, including its "Challah for Hunger" program, despite prior plans for limiting its work on this issue and plans to discontinue Challah for Hunger altogether. Challah for Hunger engages college students in anti-hunger work including responding to hunger on campus. Recognizing that the Collection Letter is likely to make student SNAP applicants reluctant to share personal data with government entities and the emergency food system is not equipped to make up for policy changes that push people off of SNAP, MAZON now views Challah for Hunger as vital in counteracting the anticipated chilling effect on college student SNAP enrollment. As a result, MAZON will have to develop materials, trainings, and outreach plans to equip volunteers with Challah for Hunger to engage with campus financial aid offices and counseling services to minimize fears about enrolling in SNAP. Our Challah for Hunger staff leader, who was intended to transition to other projects, will now need to dedicate a considerable portion of her time to this program.

15. Since the Collection Letter was released, MAZON has been forced to divert its limited resources away from other pressing priorities to inform partners, update educational materials, create new educational materials, and alter its advocacy approach at a time when budget cuts threaten the existence of SNAP. MAZON will also be unable to pursue new initiatives it had planned, like a focus on hunger in the immigrant farmworker community.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26 day of May 2025, in Los Angeles California.

_____
Abby J. Leibman