IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAMOD PALLEK *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>BROOKE L. ROLLINS, in her official capacity as U.S. Secretary of Agriculture, *et al.*<br>*Defendants.* | Civil Action No. 1:25-cv-01650 |

**DECLARATION OF NATALIA MACHICOTE IN SUPPORT OF
PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to 28 U.S.C. § 1746, I, Natalia Machicote, declare as follows:

1.      I am a resident of the state of Indiana. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am the Food Justice Fellow at Indiana Justice Project ("IJP"), a nonpartisan, nonprofit legal advocacy organization dedicated to ensuring all Hoosiers have their basic needs met. The Food Justice Fellowship is a 3-year fellowship, funded by MAZON: A Jewish Response to Hunger, focused on informing individuals of their rights to apply and participate in the Supplemental Nutrition Assistance Program ("SNAP") and working to address systematic barriers in partnership with the Hoosier community, national and local community anti-hunger organizations, and government agencies. At IJP, I engage in advocacy, research, and community outreach around SNAP. I also help individuals apply for SNAP and represent individuals in administrative appeals when they are denied benefits.

1

3.      Through my work, I am familiar with the operation of the SNAP program in Indiana, along with statistical data related to SNAP in the state. SNAP is managed and administered by the Indiana Family and Social Services Administration ("FSSA").

4.      SNAP is one of the most important anti-hunger programs in the nation. SNAP increases food security by providing nutrition benefits to supplement the food budget of low-income households so they can purchase healthy foods and become self-sufficient. However, administrative and language barriers in the SNAP enrollment system often prevent marginalized groups from receiving benefits—even though they are eligible. This is a big issue in Indiana given the growth of immigrant and Limited English Proficiency populations in the state. Over the course of my fellowship, to reduce language barriers for individuals accessing SNAP, my advocacy has been focused on engaging with the community and partnering with stakeholders and FSSA to address this issue.

5.      Through my advocacy on language access for SNAP benefits, I have learned that immigrant populations' fear and lack of trust in government agencies deters them from applying for SNAP on behalf of eligible household members, including U.S.-born children, even though those benefits would be a huge help to the family.[1]

6.      USDA's demand of sensitive SNAP applicant and recipient data, as outlined in the May 6, 2025, letter from the U.S. Department of Agriculture, is likely to have significant consequences for Indiana's immigrant populations who have limited language access. FSSA and organizations like IJP have taken actions to improve language access and build trust with Indiana's immigrant communities. However, news of this data-sharing and USDA's lack of

---

[1] Natalia Machicote, *I Speak and I Understand: Improving Language access for SNAP Benefits in Indiana*, Indiana Justice Project, https://www.indianajusticeproject.org/s/Food-Justice-Year-1-Report.pdf (last visited May 23, 2025).

transparency regarding the data collection's intended use will likely be perceived as a violation of that trust. As a result, these families will likely choose to forgo much-needed SNAP benefits despite efforts by FSSA and community organizations to make SNAP more accessible.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __27__ day of May 2025, in __Indianapolis__, Indiana.

_____
Natalia Machicote