IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAMOD PALLEK *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>BROOKE L. ROLLINS, in her official capacity as U.S. Secretary of Agriculture, *et al.*<br><br>*Defendants*. | Civil Action No. 1:25-cv-01650 |

**DECLARATION OF SIGNE ANDERSON IN SUPPORT OF
PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to 28 U.S.C. § 1746, I, Signe Anderson, declares as follows:

1. I am a resident of the State of Tennessee. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I make this declaration in my individual capacity and not on behalf of any non-profit organization.

3. I am the Senior Director of Nutrition Advocacy at the Tennessee Justice Center, Inc. ("TJC"), a non-profit based in Nashville, Tennessee that, among other things, helps individuals enroll in the Supplemental Nutrition Assistance Program ("SNAP"), conducts advocacy related to SNAP, and makes policy recommendations based on analysis of SNAP-related data and proposed or enacted programmatic changes.

4. Prior to working at TJC in Nashville, I worked at the Food Research and Action Center ("FRAC") in Washington, D.C. FRAC is a nonprofit organization that seeks to eradicate

poverty-related hunger and undernutrition in the United States. I have worked in the anti-hunger advocacy and policy space for approximately 15 years.

5.  Through my work, I am familiar with the operation of the SNAP program in Tennessee, and statistical data related to the SNAP program in Tennessee. In Tennessee, SNAP is managed and administered by the Tennessee Department of Human Services ("DHS").

6.  Currently, Tennessee uses Fidelity Information Services ("FIS") as its electronic benefit transfer ("EBT") vendor. According to reporting, FIS has indicated that it intends to comply with the request made in the May 6, 2025, letter from Food and Nutrition Service ("FNS") to SNAP State Agency Directors ("Collection Letter").[1]

7.  USDA's demand that states share SNAP applicant and recipient sensitive personal data will have severe consequences on vulnerable populations in Tennessee.

8.  Tennessee has one of the highest rates of "skimming" for SNAP in the country. Skimming is a form of theft involving data stolen from EBT cards used for SNAP benefits. Skimming is carried out by placing a device on a point-of-sale unit where SNAP participants swipe their EBT cards. The skimming device captures the EBT card number, PIN, and data stored on the card's magnetic stripe so that it can be used to duplicate the card and access benefits in the SNAP recipient's account. In legislative testimony, the Tennessee Department of Human Services acknowledged losses of over $155 million due to skimming with only $8 million reimbursed.[2] Identity theft, through skimming or other data loss, can erode public trust in

---

[1] Jude Joffe-Block, *Privacy Advocates Urge States Not to Comply with USDA Requests for Food Stamp Data*, NPR (May 13, 2025), https://www.npr.org/2025/05/13/nx-s1-5397208/doge-snap-usda-privacy#:~:text=USDA%2C%20DOGE%20demand%20states%20hand,data%20traditionally%20maintained%20by%20states.
[2] *Finance, Ways, and Means Committee Mar. 5, 2025*, Citizen Portal (Mar. 5, 2025), https://citizenportal.ai/Search/View?dp=1&key=2505615-827463538db988b90bf692eee3697a60&start=5093&end=5528.

SNAP.[3] This is especially worrisome because data from the Department of Justice shows that one third of identity theft victims live in lower-income households. This means those who need SNAP the most may forgo access to vital resources out of fear of identity theft.[4]

9. Seniors with low-incomes and who are food insecure will also be more reluctant to participate in the program if there are uncertainties as to how their data is being handled. We know, based on data from the USDA, that about half of individuals age 60 or older who qualify for SNAP do not participate.[5] As of 2022, states with the highest rates of food insecurity among seniors include Tennessee and others in the Southeast.[6]

10. Older adults with disabilities are twice as likely to be food insecure as their non-disabled peers.[7] Even more troubling, older individuals with disabilities may not have someone available who can communicate or be aware of any concerns with the handling of data, leaving them even more vulnerable to identity theft or the loss of benefits as a result of the data-sharing.

11. Mixed-status and immigrant families will also be harmed by the state's disclosure of SNAP applicant and recipient information. With wide data sharing, individuals from mixed status homes may be less willing to apply on behalf of their children who are U.S. Citizens and eligible for SNAP. According to an Urban Institute report, in 2023, almost 25% of mixed status families and 16% of adults in immigrant families with children avoided receiving noncash

---

[3] *See e.g.*, *EBT Trafficking Unit Investigates Misuse of Benefits*, Off. of Inspector Gen. (Nov. 15, 2022), https://oig.hhs.texas.gov/about-us/news/ebt-trafficking-unit-investigates-misuse-benefits.
[4] Erika Harrell, *Victims of Identity Theft 2018*, U.S. Dep't Just. (Apr. 2021), https://www.bjs.gov/content/pub/pdf/vit18.pdf.
[5] *Characteristics of SNAP Households – FY22*, U.S. Dep't of Agric. (June 4, 2024), https://www.fns.usda.gov/research/snap/characteristics-fy22.
[6] *Food Insecurity Among Seniors and Older Adults in 2023*, Feeding Am., https://www.feedingamerica.org/research/senior-hunger-research (last visited May 21, 2025).
[7] *Id.*

benefits like SNAP and other public benefits due to fears related to their citizenship status.[8]

12. In my work, I have encountered individuals whose stories are relevant to the issues presented in this case. They include:

13. Client (53 years old) from Davidson County, Tennessee: She has a history of her identity being stolen and was reluctant to participate in SNAP. She experienced some uneasiness in giving information and was always hesitant about giving her banking information and other identity information to DHS. While she ultimately did, this client is one of many older clients who have uneasiness applying for benefits. She was unhoused, so she really relies on her benefits to survive and feed her son. Any disruption to her benefits would lead to her household going hungry.

14. Client (66 years old) from Davidson County, Tennessee: He has low literacy and comprehension making him very vulnerable to any changes in the program. We assisted him in applying for benefits, but it required a lot of explaining. He is very susceptible to skimming because of the data-sharing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27 day of May 2025, in Nashville, Tennessee.

_____
SIGNE ANDERSON

---

[8] Dulce Ramirez, Hamutal Bernstein, Michael Karpman, & Genevieve M. Kenney, *Mixed-Status Families and Immigrant Families with Children Continued Avoiding Safety Net Programs in 2023*, Urb. Inst. (Aug. 7, 2024), https://www.urban.org/research/publication/mixed-status-families-and-immigrant-families-children-continued-avoiding.