IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NAMOD PALLEK *et al.*

*Plaintiffs*,

*v.*

BROOKE L. ROLLINS, in her official
capacity as U.S. Secretary of Agriculture, *et
al.*
*Defendants.*

Civil Action No. 1:25-cv-01650

**DECLARATION OF LUKE ELZINGA IN SUPPORT OF
PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to 28 U.S.C. § 1746, I, Luke Elzinga, declare as follows:

1.      I am a resident of the State of Iowa. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I make this declaration in my individual capacity and not on behalf of any nonprofit organization.

3.      I have worked in the anti-hunger advocacy and policy space for 11 years. I am the Policy and Advocacy Manager at the Des Moines Area Religious Council ("DMARC"), an interfaith non-profit organization based in Des Moines, Iowa with a mission of working together to meet basic human needs for the greater Des Moines community. DMARC has been running a network of food pantries since 1976. Currently, approximately 36% of the individuals DMARC serves are enrolled in the Supplemental Nutrition Assistance Program ("SNAP").

4.      I am also the Board Chair and a 6-year board member of the Iowa Hunger

1

Coalition ("IHC"), a 501(c)(4) association of organizations and individuals committed to ending

hunger in Iowa through education, advocacy, and policy change, with a particular focus on

improving SNAP access. IHC engages in legislative advocacy in the state capital and convenes

anti-hunger advocates and individuals with lived experience around the state to better understand

food insecurity and identify solutions to barriers in SNAP access.

5.      Through my work, I am familiar with the operation of the SNAP program in

Iowa, along with statistical data related to it. In Iowa, SNAP is managed and administered by the

Iowa Department of Health & Human Services ("DHHS").

6.      Currently, Iowa uses Conduent as its electronic benefit transfer ("EBT") vendor. I

have contacted the Legislative Liasson at DHHS and Iowa's SNAP Director to inquire whether

and when Iowa plans to share SNAP applicant and recipient data with the federal government as

requested in the May 6, 2025, letter from Food and Nutrition Service ("FNS"). I have not heard

back from either individual. However, I have heard from reporters that Iowa is planning to

comply with the USDA's request.

7.      Iowa's disclosure of SNAP applicant and recipient sensitive data, including

personal identification information, will have severe consequences on vulnerable populations

such as mixed-status and refugee families in the state. They will lose trust in the Program and

forego these often life-saving benefits out of fear for the security of their data.

8.      I have seen this happen before. For example, during the first Trump

Administration, SNAP enrollment decreased for mixed-status families due to the "public charge"

rule. The public charge rule made it harder for immigrants to get green cards if they had used, or

were deemed likely to use, certain public benefits like SNAP, Medicaid, or housing assistance.

Even though individuals in mixed-status households are legally entitled to receive SNAP

benefits, because sharing personal information about every household member (including those without legal status) is required to qualify, these families often chose to forgo much-needed assistance to protect their loved ones. Their existing distrust of the federal government, amplified by the current administration's attacks on immigrants regardless of status, creates a significant barrier to accessing vital support.

9.      Refugee families, in particular, may be at risk. DHHS is under a Corrective Action Plan with USDA for SNAP Application Processing Timeliness because, among other issues, DHHS staff was wrongly denying applications from refugees under the mistaken belief that they were ineligible. This, in combination with USDA's data collection efforts, means that vulnerable families who are eligible for benefits may have been wrongly denied those benefits, only to have the sensitive information they provided turned over to an administration that has made its hostility to them clear.

10.     The USDA's lack of transparency regarding the data collection's intended use presents a formidable barrier to fostering trust among vulnerable communities.  I cannot assure individuals that their data will be protected, especially given the potential for it to be used to tear families apart.

11.     As someone who has advocated in this space for over a decade, I know that the consequences will be devastating and will undoubtedly take years, if not decades, to reverse.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27 day of May 2025, in Des Moines , Iowa.

Luke Elzinga

3