UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAMOD PALLEK *et al.*,<br><br>   Plaintiffs,<br><br>      v.<br><br>BROOKE L. ROLLINS, in her official capacity as U.S. Secretary of Agriculture, *et al.*,<br><br>   Defendants. | Case No. 1:25-cv-01650-JMC<br><br>Judge Jia Cobb |

**[PROPOSED] ORDER**

This matter comes before the Court on Plaintiffs' Motion to for a Temporary Restraining Order.  ECF No. 9.  Based on the parties' briefs and oral argument, it is hereby

ORDERED that the motion for a temporary restraining order be converted to a motion for preliminary injunction.  It is further

ORDERED that the motion for preliminary injunction should be, and hereby is,

DENIED.

It is **SO ORDERED**.


DATED this __ day of _____, 2025.

                                                                                                                                                                          _____
                                                                                                                                                                          Hon. Jia Cobb
                                                                                                                                                                           United States District Judge