IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NAMOD PALLEK *et al.*

*Plaintiffs*,

v.

BROOKE L. ROLLINS, in her official capacity as U.S. Secretary of Agriculture, *et al.*
*Defendants*.

Civil Action No. 1:25-cv-01650-JMC

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF
THEIR MOTION FOR A TEMPORARY RESTRAINING ORDER**

1. On May 22, 2025, Plaintiffs filed this lawsuit regarding Defendants' May 6, 2025 Letter to states and related communications to EBT processors, instructing them to turn over substantial amounts of data regarding applicants and recipients of SNAP benefits.[1] Dkt. 1. The Complaint alleges that the Defendants failed to follow the mandatory procedures set forth in the Privacy Act and the Paperwork Reduction Act and that the May 6 Letter is arbitrary and capricious.

2. On May 27, Plaintiffs filed a Motion for a Temporary Restraining Order asking the Court to enjoin Defendants from receiving or collecting data pursuant to the May 6 Letter and to order Defendants to delete or destroy data already received. Dkt. 9.

3. On May 30, USDA responded to Plaintiffs' Motion (Dkt. 11, "Response") and attached a declaration from Shiela Corley, Chief of Staff to the Deputy Under Secretary for the

---

[1] The May 6 Letter can be found at Dkt. 9-11, Exh. B and https://fns-prod.azureedge.us/sites/default/files/resource-files/fns-data-sharing-guidance5.6-V6-050625.pdf.

Food, Nutrition, and Consumer Services (Dkt. 11-1, "Corley Decl."). In those filings, USDA indicated for the first time:

    a. "USDA has instructed EBT Processors to refrain from sending any data until USDA completed procedural steps to ensure that data received would be appropriately safeguarded and to satisfy all necessary legal requirements." Corley Decl. ¶ 13.

    b. "EBT Processors have not sent any data to USDA in response to the May 6 letter," and "USDA has not obtained any data responsive to the letter." *Id.*

    c. "USDA has committed to satisfying all procedural requirements prior to collecting data." Response at 12.

    d. "USDA intends to publish a SORN in compliance with the Privacy Act," and the SORN "will not take effect until all procedural steps have been satisfied." Corley Decl. ¶ 14.

4.    In light of these representations, Plaintiffs withdraw their Motion without prejudice to filing a renewed motion for emergency relief at a later stage in the case.

Dated: June 2, 2025　　　　　　　　　　　　　　　Respectfully submitted,

Deana El-Mallawany*　　　　　　　　　　　　　　*/s/ Daniel A. Zibel*
PROTECT DEMOCRACY PROJECT　　　　　　Daniel A. Zibel (D.C. Bar No. 491377)
15 Main Street, Suite 312　　　　　　　　　　　　Madeline Wiseman (D.C. Bar No. 90031948)
Watertown, MA 02472　　　　　　　　　　　　　Melissa Padilla (D.C. Bar No. 90018065)
(202) 579-4582　　　　　　　　　　　　　　　　 NATIONAL STUDENT LEGAL DEFENSE
deana.elmallawany@protectdemocracy.org　　　NETWORK
　　　　　　　　　　　　　　　　　　　　　　　　1701 Rhode Island Ave. NW
Nicole Schneidman*　　　　　　　　　　　　　　Washington, DC 20036
PROTECT DEMOCRACY PROJECT　　　　　　(202) 734-7495
P.O. Box 341423　　　　　　　　　　　　　　　　Email: dan@defendstudents.org
Los Angeles, CA 90034-9998　　　　　　　　　　　　　　madeline@defendstudents.org

(202) 579-4582
nicole.schneidman@protectdemocracy.org

JoAnna Suriani (D.C. Bar No. 1645212)*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
(202) 579-4582
joanna.suriani@protectdemocracy.org

*Counsel for Plaintiffs MAZON, EPIC, Ramos & Hollingsworth*

Saima A. Akhtar (NY Bar No. 4661237)*
NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org

*Counsel for Plaintiffs MAZON, EPIC, Ramos & Hollingsworth*

melissa@defendstudents.org

*Counsel for Plaintiffs*

John L. Davisson, D.C. Bar #1531914
Sara Geoghegan, D.C. Bar #90007340
Kabbas Azhar, D.C. Bar #90027866
ELECTRONIC PRIVACY INFORMATION CENTER
1519 New Hampshire Ave, N.W.
Washington, D.C. 20036
Telephone: (202) 483-1140
Fax: (202) 483-1248
Email: davisson@epic.org
         geoghegan@epic.org
         azhar@epic.org

*Counsel for EPIC*

*Motion for Admission for Pro Hac Vice Forthcoming

3