IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAMOD PALLEK, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>BROOKE L. ROLLINS, in her official capacity as U.S. Secretary of Agriculture, *et al.*<br><br>*Defendants*. | Civil Action No. 1:25-cv-01650-JMC |

**[PROPOSED] TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiffs' motion and accompanying brief, and supporting declarations, it is hereby **ORDERED** that the motion is **GRANTED.**

It is further **ORDERED** that:

**(1)** The effective date of the July 9, 2025 Letter from Secretary Brooke Rollins to state SNAP agencies, *see* Dkt. 28-2 (the "July 9, 2025 Letter"), shall be postponed until the conclusion of these proceedings;

**(2)** Defendants Secretary Rollins, USDA, Administrator Miller, FNS, and their officers, agents, servants, employees, and attorneys are **ENJOINED** from:

    a. enforcing the July 9, 2025 Letter;

    b. demanding, seeking, or otherwise requesting any SNAP applicant and recipient information from state governments or third-party EBT processors pursuant to the July 9, 2025 Letter; *and*

    c. receiving, collecting, or otherwise taking possession of any SNAP applicant and recipient information from state governments or third-party EBT processors pursuant to the July 9, 2025 Letter.

**(3)** Defendants Secretary Rollins, USDA, Administrator Miller, FNS, and their officers, agents, servants, employees, and attorneys are **ORDERED** to take immediate action to direct states and third-party EBT processors to not comply with the July 9, 2025 Letter and to not transfer state SNAP data to Defendants pursuant to the July 9, 2025 Letter;

**(4)** Defendants are further **ORDERED** to file a status report with this Court within 7 days:

    a. documenting the actions they have taken to comply with this Order; *and*

    b. certifying compliance with the terms of this Order.

**SO ORDERED.**

**Dated: July \_\_\_, 2025**             The Honorable Jia M. Cobb