UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAMOD PALLEK *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>BROOKE ROLLINS, in her official capacity as U.S. Secretary of Agriculture, *et al.*<br><br>    Defendants. | **DECLARATION OF GINA BRAND**<br><br>Civil Action No. 1:25-cv-01650-JMC |

Pursuant to 28 U.S.C. § 1746, I Gina Brand, declare:

1. I am the Senior Policy Advisor for Integrity for the Food, Nutrition, and Consumer Services ("FNCS") mission area, which is a component of the United States Department of Agriculture ("USDA"). I have served in this position since February 2025 and have worked for FNCS since 2016.

2. In my capacity as Senior Policy Advisor for Integrity, I provide guidance and support to USDA senior leadership on matters pertaining to the integrity of the sixteen domestic nutrition and food security programs administered by FNCS. I also coordinate and manage the agency's various integrity projects and efforts, including those taken in furtherance of Executive Order 14243, "Stopping Waste, Fraud, and Abuse by Eliminating Information Silos."

3. I make the statements herein based on personal knowledge, as well as on information I acquired while performing my official duties and discussions with colleagues at the USDA who are familiar with the facts at issue in this litigation.

4. One of the integrity projects within my realm of responsibility is the National Supplemental Nutrition Assistance Program (SNAP) Information Database.

**DECLARATION OF GINA BRAND - 1**

5. On June 23, 2025, the Federal Register published USDA's notice of a new system of record (SORN), USDA/FNS-15, "National Supplemental Nutrition Assistance Program (SNAP) Information Database." As part of my work, I am reviewing, analyzing, and considering each of the comments submitted for this SORN as they are received.

6. As of 9:00 AM Eastern on Monday, July 21, 2025, the SORN had received 291 comments. These comments came from sources including private citizens, organizations, State agencies, state Attorneys-General, and Plaintiffs. USDA has read and considered all of these 291 comments.

7. For review purposes, the comments were initially sorted into one of the three categories: those in favor, those opposed, and those that were not germane. There was one comment wholly in favor, 270 opposed, and 21 that were not germane.

8. The comments in opposition to the SORN were further divided based on the substantive issues raised, with many of the comments raising more than one issue at a time. That categorization resulted in the following breakdown:

    a. Approximately 190 comments stated that the database was a waste of money and/or was unnecessary—either because instances of fraud are overstated or because it was duplicative of State actions. This category includes comments that expressed a preference for States to handle fraud detection and prevention.

    b. Approximately 49 comments expressed concern that the data would be shared outside of USDA, that the data would be used for unlawful purposes, such as discrimination, and/or that the database itself was illegal.

    c. Approximately 48 comments stated that the database was a violation of privacy or otherwise expressed privacy concerns.

**DECLARATION OF GINA BRAND - 2**

  d. Approximately 26 comments expressed a concern that the database would place an additional burden on SNAP households or discourage them from participating in SNAP.

  e. Approximately 23 comments stated that the database was government overreach.

  f. Approximately 6 comments indicated that more information than what was published was needed.

  g. Approximately 5 comments expressed disbelief that public comments would be considered or stated that public engagement was lacking.

  h. Approximately 4 comments expressed concern that the data would be mishandled.

  i. Approximately 2 comments expressed general opposition but did not provide a reason.

9. USDA will continue reviewing, analyzing, and considering all timely submitted comments.

Under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), I declare the foregoing to be true and correct to the best of my knowledge.

On this 21st day of July 2025, in Washington, D.C.

             _____
             Gina Brand

*Digitally signed by GINA BRAND*
*Date: 2025.07.21 20:54:43 -04'00'*

**DECLARATION OF GINA BRAND - 3**