IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAMOD PALLEK, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>BROOKE L. ROLLINS, in her official capacity as U.S. Secretary of Agriculture, *et al.*<br>*Defendants.* | Civil Action No. 1:25-cv-01650-JMC |

**PROPOSED BRIEFING SCHEDULE**

At the hearing on July 23, 2025, the Court requested the parties to submit—by July 25, 2025[1]—a proposed schedule governing the production of an administrative record and dispositive briefing. The parties have reached an agreement regarding an August 15, 2025 deadline for the production of the administrative record but are unable to agree on a proposed schedule for motions and briefing. The parties' respective positions are set forth below.

**Plaintiffs' Proposal**

Given the Court's stated desire to "resolve the merits very quickly," Plaintiffs propose the following schedule:

| | |
|---|---|
| August 15, 2025 | Deadline for Defendants to file a certified list of the contents of the administrative record, *see* LCvR 7(n), and provide a complete copy of the administrative record to Plaintiffs. |
| August 29, 2025 | Joint deadline for dispositive cross-motions (pursuant to Fed. R. Civ. P. 12 & 56) and supporting memoranda |

---

[1] When attempting to file this proposed briefing schedule on Friday, both sides received an error message suggesting the Court's ECF system was down. After emailing it to Chambers on Friday evening, the parties are now filing the identical proposed schedule in the public docket.

| | |
|---|---|
| September 12, 2025 | Joint deadline for opposition briefs. |
| September 19, 2025 | Joint deadline for any reply briefs. |

**Defendants' Proposal**

Because Defendants believe that sequential briefing would allow for better presentation of the parties' arguments for the Court's consideration, Defendants propose the following schedule:

| | |
|---|---|
| August 15, 2025 | Deadline for Defendants to file a certified list of the contents of the administrative record, *see* LCvR 7(n), and provide a complete copy of the administrative record to Plaintiffs. |
| August 29, 2025 | Deadline for Plaintiffs' motion for summary judgment. |
| September 12, 2025 | Deadline for Defendants' opposition to Plaintiffs' motion for summary judgment and Defendants' cross motion to dismiss or, in the alternative, for summary judgment. |
| September 26, 2025 | Deadline for Plaintiffs' combined reply in support their motion for summary judgment and opposition to Defendants' cross motion. |
| October 7, 2025 | Deadline for Defendants' reply in support of their cross motion. |

Dated: July 25, 2025                                Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

/s/ *Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
Senior Trial Counsel
BENJAMIN S. KURLAND
Trial Attorney

2

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-0878
bradley.humphreys@usdoj.gov

*Counsel for Defendants*

Deana El-Mallawany*
PROTECT DEMOCRACY PROJECT
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
deana.elmallawany@protectdemocracy.org

Nicole Schneidman*
PROTECT DEMOCRACY PROJECT
P.O. Box 341423
Los Angeles, CA 90034-9998
(202) 579-4582
nicole.schneidman@protectdemocracy.org

JoAnna Suriani (D.C. Bar No. 1645212)*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
(202) 579-4582
joanna.suriani@protectdemocracy.org

*Counsel for Plaintiffs MAZON, EPIC, Ramos & Hollingsworth*

Saima A. Akhtar (NY Bar No. 4661237)*
NATIONAL CENTER FOR LAW AND
ECONOMIC JUSTICE
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org

*Counsel for Plaintiffs MAZON, EPIC, Ramos & Hollingsworth*

*/s/ Daniel A Zibel*
Daniel A. Zibel (D.C. Bar No. 491377)
Madeline Wiseman (D.C. Bar No. 90031948)
Melissa Padilla (D.C. Bar No. 90018065)
NATIONAL STUDENT LEGAL DEFENSE NETWORK
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
Email: dan@defendstudents.org
        madeline@defendstudents.org
        melissa@defendstudents.org

*Counsel for Plaintiffs*

John L. Davisson, D.C. Bar #1531914
Sara Geoghegan, D.C. Bar #90007340
Kabbas Azhar, D.C. Bar #90027866
ELECTRONIC PRIVACY
INFORMATION CENTER
1519 New Hampshire Ave, N.W.
Washington, D.C. 20036
Telephone: (202) 483-1140
Fax: (202) 483-1248
Email: davisson@epic.org
        geoghegan@epic.org
        azhar@epic.org

*Counsel for EPIC*

*Admitted Pro Hac Vice*