IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAMOD PALLEK, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BROOKE L. ROLLINS, in HER official capacity as U.S. Secretary of Agriculture, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:25-cv-01650-JMC<br><br>Judge Jia M. Cobb |

**NOTICE OF FILING OF CERTIFIED LIST OF THE CONTENTS OF THE ADMINISTRATIVE RECORD**

Defendants in the above-captioned action file this notice of the filing of a certified list of the contents of the administrative record pursuant to Local Civil Rule 7(n) and this Court's July 29, 2025 Minute Order. A certification of the completeness of the administrative record and the administrative record's table of contents accompany this filing. Defendants have produced the full contents of the administrative record to counsel for Plaintiffs.

Dated: August 15, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division, Federal Programs Branch

ELIZABETH J. BERMAN
Deputy Director
Federal Programs Branch

　*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
Senior Trial Counsel

BENJAMIN S. KURLAND
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*