UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAMOD PALLEK *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> BROOKE ROLLINS, in her official capacity as U.S. Secretary of Agriculture, *et al.* <br><br> Defendants. | Civil Action No. 1:25-cv-01650-JMC |

**CERTIFICATION OF ADMINISTRATIVE RECORD**

I, Shiela Corley, Chief of Staff for the Deputy Under Secretary for the Food, Nutrition, and Consumer Services, United States Department of Agriculture, hereby certify that the attached Administrative Record is a true, correct, and complete copy of the non-privileged documents that were directly or indirectly considered in connection with the promulgation of the June 23, 2025 Notice of a new System of Records (SORN), 90 Fed. Reg. 26521, and USDA's collection of SNAP recipient data from January 1, 2020 through the present.

In accordance with 28 U.S.C. § 1746, I hereby certify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

SHIELA CORLEY
Digitally signed by SHIELA CORLEY
Date: 2025.08.15 11:41:53 -04'00'

Shiela Corley
Chief of Staff
Food, Nutrition, and Consumer Services
United States Department of Agriculture

| Administrative Record for *Pallek, et al. v. United States Department of Agriculture* | Date | Bates Number Range |
|---|---|---|
| 1. Food and Nutrition Act of 2008 | N/A | PALLEK-000001 – PALLEK-000004 |
| 2. OMB 0584-0064 Supporting Statement | 05-31-2024 | PALLEK-000005 – PALLEK-000030 |
| 3. OMB 0584-0064 Appendix A, Food and Nutrition Act of 2008, As Amended Through P.L. 116–94 | 02-06-2024 | PALLEK-000031 – PALLEK-000204 |
| 4. OMB 0584-0064 Appendix B, 7 CFR Parts 271 – 273 as of December 21, 2023 | 02-06-2024 | PALLEK-000205 – PALLEK-000498 |
| 5. OMB 0584-0064 Appendix D, Food Programs Reporting System (FPRS) | 02-06-2024 | PALLEK-000499 – PALLEK-000500 |
| 6. OMB 0584-0064 Appendix E, Burden Table | 02-06-2024 | PALLEK-000501 |
| 7. OMB 0584-0064 Appendix F, Burden Narrative | 02-06-2024 | PALLEK-000502 – PALLEK-000541 |
| 8. Executive Order 14243 | 03-25-2025 | PALLEK-000542 – PALLEK-000543 |
| 9. May 6th Letter | 05-06-2025 | PALLEK-000544 – PALLEK-000545 |
| 10. Nonsubstantive Change Request, OMB 0584-0064 | 06-11-2025 | PALLEK-000546 – PALLEK-000548 |
| 11. OMB 0584-0064 Appendix E; Burden Table, revised | 06-11-2025 | PALLEK-000549 |
| 12. Notice of a new system of records, 90 Fed. Reg. 26521 | 06-23-2025 | PALLEK-000550 – PALLEK-000552 |
| 13. Revised Nonsubstantive Change Request, OMB 0584-0064 | 06-24-2025 | PALLEK-000553 – PALLEK-000554 |
| 14. July 9th Letter | 07-09-2025 | PALLEK-000555 |
| 15. Public Comments on Notice of a new system of records, FNS-2025-0024-0001 | 06-30-2025 – 07-23-2025 | PALLEK-000556 |
| 16. Documents submitted as Public Comments on Notice of a new system of records, FNS-2025-0024-0001 | 07-16-2025 – 07-23-2025 | PALLEK-000557 – PALLEK-000624 |
| 17. July 23rd Letter | 07-23-2025 | PALLEK-000625 – PALLEK-000626 |
| 18. FY 2025 Privacy Impact Assessment | 07-23-2025 | PALLEK-000627 – PALLEK-000655 |
| 19. July 25th Letter | 07-25-2025 | PALLEK-000656 |
| 20. Analysis of SORN Comments | 08-14-2025 | PALLEK-000657 |