IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAMOD PALLEK, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>BROOKE L. ROLLINS, in HER official capacity as U.S. Secretary of Agriculture, *et al.*,<br><br>  Defendants. | Case No. 1:25-cv-01650-JMC<br><br>Judge Jia M. Cobb |

### NOTICE OF WITHDRAWAL OF BRADLEY P. HUMPHREYS AS COUNSEL FOR DEFENDANTS

Pursuant to Local Civil Rule 83.6(b), Bradley P. Humphreys hereby withdraws his appearance as counsel for Defendants in the above-captioned case. Mr. Humphreys is leaving the Department of Justice on August 29, 2025. Mr. Humphreys will no longer be associated with this case. Benjamin S. Kurland previously entered an appearance and remains as counsel for Defendants.

Dated: August 15, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division, Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

 */s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
Senior Trial Counsel
Civil Division, Federal Programs Branch
United States Department of Justice

1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-0878
Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*