| Administrative Record for *Pallek, et al. v. United States Department of Agriculture* | Date | Bates Number Range |
|---|---|---|
| 1. Food and Nutrition Act of 2008 | N/A | PALLEK-000001 – PALLEK-000004 |
| 2. OMB 0584-0064 Supporting Statement | 05-31-2024 | PALLEK-000005 – PALLEK-000030 |
| 3. OMB 0584-0064 Appendix A, Food and Nutrition Act of 2008, As Amended Through P.L. 116–94 | 02-06-2024 | PALLEK-000031 – PALLEK-000204 |
| 4. OMB 0584-0064 Appendix B, 7 CFR Parts 271 – 273 as of December 21, 2023 | 02-06-2024 | PALLEK-000205 – PALLEK-000498 |
| 5. OMB 0584-0064 Appendix D, Food Programs Reporting System (FPRS) | 02-06-2024 | PALLEK-000499 – PALLEK-000500 |
| 6. OMB 0584-0064 Appendix E, Burden Table | 02-06-2024 | PALLEK-000501 |
| 7. OMB 0584-0064 Appendix F, Burden Narrative | 02-06-2024 | PALLEK-000502 – PALLEK-000541 |
| 8. Executive Order 14243 | 03-25-2025 | PALLEK-000542 – PALLEK-000543 |
| 9. May 6th Letter | 05-06-2025 | PALLEK-000544 – PALLEK-000545 |
| 10. Nonsubstantive Change Request, OMB 0584-0064 | 06-11-2025 | PALLEK-000546 – PALLEK-000548 |
| 11. OMB 0584-0064 Appendix E; Burden Table, revised | 06-11-2025 | PALLEK-000549 |
| 12. Notice of a new system of records, 90 Fed. Reg. 26521 | 06-23-2025 | PALLEK-000550 – PALLEK-000552 |
| 13. Revised Nonsubstantive Change Request, OMB 0584-0064 | 06-24-2025 | PALLEK-000553 – PALLEK-000554 |
| 14. July 9th Letter | 07-09-2025 | PALLEK-000555 |
| 15. Public Comments on Notice of a new system of records, FNS-2025-0024-0001 | 06-30-2025 – 07-23-2025 | PALLEK-000556 |
| 16. Documents submitted as Public Comments on Notice of a new system of records, FNS-2025-0024-0001 | 07-16-2025 – 07-23-2025 | PALLEK-000557 – PALLEK-000624 |
| 17. July 23rd Letter | 07-23-2025 | PALLEK-000625 – PALLEK-000626 |
| 18. FY 2025 Privacy Impact Assessment | 07-23-2025 | PALLEK-000627 – PALLEK-000655 |
| 19. July 25th Letter | 07-25-2025 | PALLEK-000656 |
| 20. Analysis of SORN Comments | 08-14-2025 | PALLEK-000657 |
| 21. Supplemental: Documents submitted as Public Comments on Notice of a new system of records, FNS-2025-0024-0001 | 07-15-2025 – 07-23-2025 | PALLEK-000658 – PALLEK-000983 |