IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAMOD PALLEK, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>BROOKE L. ROLLINS, in her official capacity as U.S. Secretary of Agriculture, *et al.*,<br><br>   Defendants. | Case No. 1:25-cv-01650-JMC<br><br>Judge Jia M. Cobb |

**DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendants the U.S. Department of Agriculture, Secretary Brooke L. Rollins, in her official capacity, the Food and Nutrition Service, and Administrator James C. Miller, in his official capacity, move the Court to dismiss this action for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1), for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6), or, in the alternative, grant summary judgment under Federal Rule of Civil Procedure 56 for the reasons explained in the attached memorandum of points and authorities.

Date: August 29, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

Civil Division, Federal Programs Branch

/s/ Benjamin S. Kurland
BENJAMIN S. KURLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 353-0533
ben.kurland@usdoj.gov

*Counsel for Defendants*