IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAMOD PALLEK, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>BROOKE L. ROLLINS, in her official capacity as U.S. Secretary of Agriculture, *et al.*<br><br>*Defendants.* | Civil Action No. 1:25-cv-01650-JMC |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h), Plaintiffs Namod Pallek, Julliana Samson, Diana Ramos, Catherine Hollingsworth, MAZON, Inc.: A Jewish Response to Hunger, and Electronic Privacy Information Center move for an order granting summary judgment in their favor and against Defendants Brooke L. Rollins, United States Department of Agriculture, James C. Miller, and Food and Nutrition Service (collectively, "USDA"). As set forth in the accompanying memorandum, USDA has violated the Administrative Procedure Act because its actions are arbitrary and capricious and contrary to the Paperwork Reduction Act and the Privacy Act.

As to Counts III and IV, Plaintiffs respectfully ask the Court to:

(1) **DECLARE** unlawful and set aside the data collection;

(2) **ORDER** that Defendants Secretary Rollins, USDA, Administrator Miller, FNS, and their officers, agents, servants, employees, and attorneys must, within two weeks of this order:

1

- destroy all data received pursuant to the data demand;
- immediately direct states and third-party EBT processors to discontinue the transfer of data to USDA pursuant to the data demand; and
- take all steps necessary to claw back data redisclosed outside of USDA.

(3) **ENJOIN** Defendants Secretary Rollins, USDA, Administrator Miller, FNS, and their officers, agents, servants, employees, and attorneys from:

- reviewing, sharing, or using SNAP applicant data that has been received or obtained pursuant to this collection; and
- receiving, collecting, or otherwise taking possession of any SNAP applicant and recipient information from state governments or third-party EBT processors.

As to Count II, Plaintiffs ask the Court to:

(1) **DECLARE** unlawful and set aside routine Uses 8 and 11 from the June 23, 2025, System of Records Notice.

(2) **ORDER** that Defendants Secretary Rollins, USDA, Administrator Miller, FNS, and their officers, agents, servants, employees, and attorneys must take all steps necessary to claw back data redisclosed outside of USDA pursuant to these routine uses.

Plaintiffs ask the Court to order Defendants to file a status report within seven days of the entry of this order:

- documenting the actions they have taken to comply with the Court's order, and
- certifying compliance with the Court's order.

A proposed order is attached.

| | |
|---|---|
| Dated: August 29, 2025 | Respectfully Submitted, |

Deana El-Mallawany*
PROTECT DEMOCRACY PROJECT
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
deana.elmallawany@protectdemocracy.org

Nicole Schneidman*
PROTECT DEMOCRACY PROJECT
P.O. Box 341423
Los Angeles, CA 90034-9998
(202) 579-4582
nicole.schneidman@protectdemocracy.org

JoAnna Suriani (D.C. Bar No. 1645212)*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
(202) 579-4582
joanna.suriani@protectdemocracy.org

*Counsel for Plaintiffs MAZON, EPIC, Ramos & Hollingsworth*

Saima A. Akhtar (NY Bar No. 4661237)*
NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org

*Counsel for Plaintiffs MAZON, EPIC, Ramos & Hollingsworth*

/s/ Daniel A. Zibel
Daniel A. Zibel (D.C. Bar No. 491377)
Madeline Wiseman (D.C. Bar No. 90031948)
Melissa Padilla (D.C. Bar No. 90018065)
NATIONAL STUDENT LEGAL DEFENSE NETWORK
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
Email: dan@defendstudents.org
       madeline@defendstudents.org
       melissa@defendstudents.org

*Counsel for Plaintiffs*

John L. Davisson, D.C. Bar #1531914
Sara Geoghegan, D.C. Bar #90007340
Kabbas Azhar, D.C. Bar #90027866
ELECTRONIC PRIVACY INFORMATION CENTER
1519 New Hampshire Ave, N.W.
Washington, D.C. 20036
Telephone: (202) 483-1140
Fax: (202) 483-1248
Email: davisson@epic.org
       geoghegan@epic.org
       azhar@epic.org

*Counsel for EPIC*

*Admitted *Pro Hac Vice*

3