IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAMOD PALLEK *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>BROOKE L. ROLLINS, in her official capacity as U.S. Secretary of Agriculture, *et al.*<br><br>*Defendants.* | Civil Action No. 1:25-cv-01650 |

**DECLARATION OF ABBY J. LEIBMAN IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I, Abby J. Leibman, declare as follows:

1. I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the President & CEO of MAZON: A Jewish Response to Hunger ("MAZON"), a national nonprofit organization incorporated in Massachusetts and headquartered in Los Angeles, California. I have held this position since 2011. As President & CEO, I oversee all of MAZON's programs, operations, and staff of 28 individuals. As such, I have personal knowledge of the facts and information set forth below.

3. For 40 years, MAZON's mission has been to end hunger for people of all faiths and backgrounds, through advocacy at all levels of government, providing grants and educational support to other organizations, analyzing data to advance policy solutions, and educating service providers, the anti-hunger community, the general public, and the Jewish community.

1

4.     MAZON was founded in 1985 to "build a bridge between the relative abundance of the American Jewish community and the desperate need felt by millions of hungry people."[1] MAZON began by building relationships with rabbis and synagogues across the country, encouraging them to donate a percentage of the costs from life-cycle celebrations (weddings, bar/bat mitzvahs, and other occasions). This fundraising, inspired by a modern interpretation of the ancient rabbinical tradition of not allowing a celebration to begin until the community's poor and hungry were seated and fed, allowed MAZON to make annual grants to small organizations fighting hunger across the country.

5.     As MAZON grew and continued to fight hunger, we had the resources to invest more in both the organizations we supported to engage in advocacy as well as building our own staff of advocates.[2]

6.     Today, MAZON advocates on behalf of and serves the most vulnerable communities in the country including college students, trans youth, Native Americans, single mothers, veterans, military families, and the elderly, irrespective of their religion.

7.     Ensuring access to the Supplemental Nutrition Assistance Program (SNAP) is a priority advocacy area for MAZON. For over 30 years, we have engaged with policymakers to protect and strengthen federal nutrition programs, including SNAP, by closely monitoring programmatic developments at the federal, state, and local levels.

8.     MAZON regularly tracks the Federal Register to identify circumstances in which we feel a need to comment on actions or regulations proposed by the United States Department of Agriculture (USDA). For example, in December 2018, MAZON submitted a comment

---

[1] MAZON, *Who We Are*, https://mazon.org/who-we-are/ (last visited Aug 21, 2025).
[2] The MAZON advocacy team is composed of three federal public affairs staff, one state public affairs staff member, and one legal advocacy staff member. *Id.*

opposing the expansion of the "public charge" rule, underscoring that families were disenrolling in SNAP out of fear that their participation would negatively affect immigration proceedings for themselves or family members. In December 2022, MAZON submitted a formal comment regarding an interim final rule on SNAP requiring interstate data matching through the National Accuracy Clearinghouse (NAC) to prevent duplicate SNAP issuances. MAZON's concern was that the data could be used to stigmatize and penalize SNAP recipients. We also mobilize partners to submit comments in rulemaking proceedings to ensure stakeholders' voices are represented in the process.

9. Alongside our advocacy efforts, we support direct service providers—organizations that guide individuals through the SNAP application process and help them secure benefits. We support these organizations by providing educational resources and timely updates on state and federal SNAP policy changes, including how these changes impact populations who often are overlooked, such as seniors, veterans, and single mothers. We also work with providers to identify and address obstacles that prevent eligible individuals from applying for and participating in SNAP. We identify the sources of reluctance for qualified individuals to apply and provide guidance on how to address those fears.

10. USDA's collection of SNAP data has directly impaired a number of MAZON's core activities.

11. First, in failing to provide the required information, notice, and opportunity for comment under the Paperwork Reduction Act, USDA denied MAZON the opportunity to understand how USDA is justifying the data collection, voice its concerns, and appropriately educate its partners and grantees. We place a high premium on participation in the regulatory process because of the expertise we have developed on how hunger impacts particular

communities—impacts that are often overlooked or misunderstood by other commenters. Our comments have been successful in influencing the scope and impact of regulations, particularly where agencies would not otherwise be made aware of the concerns that MAZON is uniquely able to raise. Indeed, participating in these public processes is the essence of our mission and the priorities established by our Board of Directors and delegated to me and my staff to fulfill. Without the ability to participate in agency decision-making on a topic as central to our mission as SNAP, my staff and I are prevented from carrying out this obligation.

12. In addition, USDA's analysis of comments on the System of Records Notice (SORN) does not give MAZON confidence that the agency meaningfully considered the comment it submitted. *See* AR 657. MAZON submitted a SORN comment on July 16, 2025, explaining the data collection's duplicative efforts; the lack of clarity on the records that will be collected and all uses; how it will discourage SNAP participation; and suggesting ways for USDA to meet its objectives without harmful repercussions. *Id.* at 565-68. USDA's failure to consider all comments is apparent in its own summary. The Agency claims that only "approximately 5 comments expressed disbelief that public comments would be considered or stated that public engagement was lacking." *Id.* However, MAZON's comment specifically highlighted that the timeline—demanding states turn over data the day after comments were due—left no time for the USDA to meaningfully address feedback. *Id.* at 567-68. At least 62 other organizations, including several of our partners, echoed this exact concern. *See id.* at 660, 672, 674, 677-78, 701, 703, 707, 712, 715, 717, 720, 724, 727, 730, 734, 739-40, 750, 756, 760, 767, 770, 773, 778, 780, 787, 790, 795-69, 799, 804, 808, 811, 816, 821, 828, 834, 837, 840-41, 843, 850, 856, 863-64, 866, 873, 878, 881, 892, 895, 904-05, 913, 918-19, 921-22, 926, 933, 940-41, 944-45, 951, 963, 965, 968-69, 972, 976-77, 979-80. This glaring discrepancy—more

than sixty organizations raising an issue versus the five acknowledged by USDA—suggests that USDA failed to adequately review the public comments submitted.

13. Second, as a donor-funded non-profit organization, being excluded from key policy debates is not merely a procedural issue—it is an existential threat. MAZON is primarily financed by individual donors who give because they trust us to achieve systems-level change and hold the government accountable.[3] This promise to protect and strengthen programs like SNAP is central to our fundraising and mission. However, by being denied access to the information and comment process required by the Paperwork Reduction Act, MAZON is shut out of a vital policy conversation. This exclusion directly prevents MAZON from fulfilling its commitment to its supporters, jeopardizing the trust that is critical to donations continuing.

14. Third, the unlawful data collection directly impairs our ability to carry out our mission of eliminating hunger in the United States, including by improving participation in SNAP. The data collection will have a chilling effect on SNAP enrollment by exacerbating existing fears and undermining years of trust-building with vulnerable communities. For example, MAZON supports and works with service providers who support elderly SNAP applicants, a population that is persistently under-enrolled in SNAP despite being eligible. This is often because elderly Americans are hesitant to share sensitive personal information with even local and state governments. For years, we have worked to reassure the elderly community that it is safe to apply for SNAP because the information provided will only be used as necessary to determine their eligibility. MAZON and partners can no longer provide that reassurance because of the breadth of disclosures permitted by this data collection. We also partner with service providers who serve single mothers fleeing domestic violence, who are already reluctant to apply

---

[3] For example, MAZON commits to existing donors that their "renewed support" will enable us to "hold government agencies accountable for implementing hunger relief programs fairly."

for SNAP out of fear that their information may be revealed to the abusive non-custodial parent. This data collection makes those fears all too real. Similarly, we collaborate with service providers who serve mixed-status and immigrant families, a population often deeply distrustful of the federal government. For years, we have worked to reassure SNAP eligible individuals from mixed-status families that it is safe to apply for SNAP without increasing their risk of immigration enforcement. Because the data collection exacerbates existing fears—particularly given the breadth of the disclosures permitted by the SORN, especially Routine Use 8—we can no longer provide reassurance to counteract fears in these communities.[4] As a result, the data collection undermines years of trust that MAZON and our partners have built with vulnerable communities, and is an immediate setback to our anti-hunger work.

15. Fourth, as a direct consequence of the data collection MAZON has had to shift priorities in its work with anti-hunger organizations and advocates, including direct SNAP service providers. When allocating MAZON's finite resources, I look to what activities and initiatives will be most effective to meet our mission to address hunger. Competing priorities and limited resources mean that I have to manage our resources very judiciously.

16. In a strategic shift in direct response to the data collection, we have had to reallocate time and resources to sustain our work on college hunger issues, including our "Challah for Hunger" program, despite prior plans to limit our work on this issue and discontinue Challah for Hunger altogether. Challah for Hunger engages college students at 33 college campuses across the country in anti-hunger work including responding to hunger on campus. In the past year, the program had 981 participants and hosted 243 events. Our academic year engagement with the program includes a monthly e-newsletter, leadership meetings, individual

---

[4] PALLEK-000565-68; Dkt. 28-3, Ex. E at 1, 2. (MAZON's comment to Privacy Act of 1974; System of Records, 90 Fed. Reg. 26,521).

6

chapter communications, and administrative tasks, a substantial commitment of resources on our part.

17. Recognizing that the data collection is likely to make student SNAP applicants reluctant to share personal data with government entities and that the emergency food system is not equipped to make up for policy changes that push people off of SNAP, we have decided not to end Challah for Hunger. We have determined that we must instead preserve it as vital to counteract the anticipated chilling effect on college student SNAP enrollment caused by the data collection, especially as students are headed back to campus and many states have started to hand over data.[5] To be able to provide additional resources to guide and support students who fear that they can no longer safely access SNAP is vital, particularly because our experience has shown us that students in many unique situations and at the beginning of their careers are exceedingly concerned about the stewardship of their personal information.

18. Despite prior plans, we continue to be on the ground in college campuses across the country where we can help meet the moment and supplement resources as an external, volunteer centric organization that works with students. Since the data collection, we have and will continue to develop materials, trainings, and outreach plans to equip volunteers with Challah for Hunger to engage with campus financial aid offices and counseling services to minimize fears about enrolling in SNAP. This summer, our Challah for Hunger staff spent approximately 34% of her time reinforcing chapter relationships, discussing priorities for the coming academic year, and planning approaches for those priorities to sustain the program. The Challah for Hunger planning and leadership team also expanded to include MAZON's Vice President of Community

---

[5] A 2024 U.S. Government Accountability Office report indicated that an estimated 23% of college students (3.8 million) experienced food insecurity in 2020. U.S. Gov't Accountability O., *Supplemental Nutrition Assistance Program: Estimated Eligibility and Receipt amont Food Insecure College Students* (June 24, 2024), https://www.gao.gov/products/gao-24-107074.

7

Engagement, Director of Outreach, Director of Legal Advocacy, Senior Outreach Manager, and me, all of whom spent extensive time this summer strategizing for the program's continuation.

19. Continuing Challah for Hunger has required MAZON to divert resources that would have been spent elsewhere. This summer, MAZON switched its fundraising and event registration platform and updated its recordkeeping platform. We did not plan to spend resources, including the time and expense of outside consultants, to switch Challah for Hunger over to the new platforms. However, with the continuation of the program, fully integrating Challah for Hunger into the new software platforms was necessary. MAZON's Senior Outreach Manager and Director of Outreach have spent considerable time working to complete this project, including testing and troubleshooting. Once the integration is complete, MAZON's Senior Outreach Manager will develop training materials to train campus chapters on the new software.

20. MAZON's Senior Outreach Manager's responsibilities include the oversight and administration of the Challah for Hunger program, and dedicates 12-15 hours per week to the program. In the meantime, our plans to restructure the goals, responsibilities, and tasks for the Senior Outreach Manager have been placed on hold because of the decision to continue the program.

21. As a result of the data collection, MAZON has also diverted its grantmaking resources. In August 2025, MAZON made a $15,000 Quick Reaction Fund grant to a Georgia organization that works with nonprofits in areas with high concentrations of immigrants and immigrant-serving service providers. The grant will fund a bilingual rapid-response media campaign to counter harmful narratives and misinformation about SNAP for immigrant and mixed-status families in Georgia. This effort will uplift immigrant voices, clarify rights, and place pressure on decision-makers through targeted communications tailored to immigrants and

allied communities. This grant ordinarily would have not met the criteria for selection; because the Quick Reaction Fund is extremely limited, and priority is given to activities that respond to a state-level policy or address hunger within our priority programmatic areas. While this grant fits neither category, we approved the funding request because factors like the data collection have created an urgent need to address the fears that will prevent immigrant and mixed-status communities from engaging with SNAP.

22. Finally, this summer MAZON was unable to carry out its usual programming because of the resources required to respond to the data collection. During a typical summer, MAZON would work with our grantees (who provide direct service as well as policy advocacy) on preparing for policy challenges and opportunities that they foresee when legislatures return from summer recess. This summer, we had no choice but to focus on preparing our 39 grantee organizations to respond to the data collection, requiring significant time from our Director of Programs, Program Manager, and Director of Legal Advocacy that otherwise would have been spent reviewing state and federal policy changes that will be implemented in the fall as well as determining priorities for advocacy at the end of the summer recess both in Congress and state legislatures.

23. Since the May 6 Collection Letter was released, MAZON has been forced to divert its limited resources away from other pressing priorities to inform partners, create new educational materials, and alter its grant-making and advocacy approach at a time when budget cuts weaken SNAP and new policies create financial and programmatic strains on the non-profit sector.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28 day of August 2025, in Los Angeles, California.

_____
Abby J. Leibman