IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAMOD PALLEK, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>BROOKE L. ROLLINS, in her official capacity as U.S. Secretary of Agriculture, *et al.*<br><br>*Defendants.* | Civil Action No. 1:25-cv-01650-JMC |

### [Proposed] Order

Upon consideration of Plaintiffs' Motion for Summary Judgment, the briefing in support of that Motion, and the entire record in this case, the Court concludes that Plaintiff is entitled to judgment as a matter of law as to Counts II, III, and IV.

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion for Summary Judgment is **GRANTED**.

It is further **ORDERED** as to Counts III and IV that:

(1) The data collection is unlawful and set aside.

(2) Defendants Secretary Rollins, USDA, Administrator Miller, FNS, and their officers, agents, servants, employees, and attorneys must, within two weeks of this order:

- destroy all data received pursuant to the data demand;

- immediately direct states and third-party EBT processors to discontinue the transfer of data to USDA pursuant to the data demand; and

- take all steps necessary to claw back data redisclosed outside of USDA.

(3) Defendants Secretary Rollins, USDA, Administrator Miller, FNS, and their officers, agents, servants, employees, and attorneys are **ENJOINED** from:

- reviewing, sharing, or using SNAP applicant data that has been received or obtained pursuant to this collection; and
- receiving, collecting, or otherwise taking possession of any SNAP applicant and recipient information from state governments or third-party EBT processors.

It is further **ORDERED** as to Count II that:

(1) Routine Uses 8 and 11 from the June 23, 2025 System of Records Notice are unlawful and set aside.

(2) Defendants Secretary Rollins, USDA, Administrator Miller, FNS, and their officers, agents, servants, employees, and attorneys must take all steps necessary to claw back data redisclosed outside of USDA pursuant to Routine Uses 8 and 11.

Defendants shall file a status report with this Court within seven days of the date of this Order:

- documenting the actions they have taken to comply with this Order, and
- certifying compliance with this Order.

**SO ORDERED.**


Dated:

HONORABLE JIA M. COBB
UNITED STATES DISTRICT JUDGE