IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAMOD PALLEK *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> BROOKE L. ROLLINS, in her official capacity as U.S. Secretary of Agriculture, *et al.* <br><br> *Defendants.* | Civil Action No. 1:25-cv-01650-JMC <br><br> Judge Jia M. Cobb |

### NOTICE OF WITHDRAWAL OF MELISSA A. PADILLA AS COUNSEL FOR PLAINTIFFS

Pursuant to Local Civil Rule 83.6(b), Melissa A. Padilla hereby withdraws her appearance as counsel for Plaintiffs in the above-captioned case. Ms. Padilla's fellowship at the National Student Legal Defense Network ("Student Defense") concluded on August 29, 2025. Ms. Padilla will no longer be associated with this case. Plaintiffs will continue to be represented by the other attorneys of record, including Daniel A. Zibel and Madeline Wiseman of Student Defense; Deana El-Mallawany, Nicole Schneidman, and JoAnna Suriana of Protect Democracy; Saima Akhtar of the National Center for Law and Economic Justice; and John L. Davisson, Sara Geoghegan, and Kabbas Azhar of the Electronic Privacy Information Center.

Dated: September 2, 2025                                Respectfully Submitted,

Deana El-Mallawany*                                     */s/ Melissa Padilla*
PROTECT DEMOCRACY PROJECT                               Melissa Padilla (D.C. Bar No. 90018065)
15 Main Street, Suite 312                               Daniel A. Zibel (D.C. Bar No. 491377)
Watertown, MA 02472                                     Madeline Wiseman (D.C. Bar No. 90031948)
(202) 579-4582

<div style="columns:2">

deana.elmallawany@protectdemocracy.org

Nicole Schneidman*
PROTECT DEMOCRACY PROJECT
P.O. Box 341423
Los Angeles, CA 90034-9998
(202) 579-4582
nicole.schneidman@protectdemocracy.org

JoAnna Suriani (D.C. Bar No. 1645212)*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
(202) 579-4582
joanna.suriani@protectdemocracy.org

*Counsel for Plaintiffs MAZON, EPIC, Ramos & Hollingsworth*

Saima A. Akhtar (NY Bar No. 4661237)*
NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org

*Counsel for Plaintiffs MAZON, EPIC, Ramos & Hollingsworth*

NATIONAL STUDENT LEGAL DEFENSE NETWORK
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
Email: dan@defendstudents.org
madeline@defendstudents.org
melissa@defendstudents.org

*Counsel for Plaintiffs*

John L. Davisson, D.C. Bar #1531914
Sara Geoghegan, D.C. Bar #90007340
Kabbas Azhar, D.C. Bar #90027866
ELECTRONIC PRIVACY INFORMATION CENTER
1519 New Hampshire Ave, N.W.
Washington, D.C. 20036
Telephone: (202) 483-1140
Fax: (202) 483-1248
Email: davisson@epic.org
geoghegan@epic.org
azhar@epic.org

*Counsel for EPIC*

*Admitted *Pro Hac Vice*

</div>