IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAMOD PALLEK, *et al.*  *Plaintiffs*,  v.  BROOKE L. ROLLINS, in her official capacity as U.S. Secretary of Agriculture, *et al.*  *Defendants.* | Civil Action No. 1:25-cv-01650-JMC |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully advise the Court of two recent opinions issued by judges of this District. The opinions bear on questions closely related to issues presented by the dispositive motions now pending in this matter:

1) In *Alliance for Retired Americans v. Bessent*, No. 25-cv-0313, 2026 WL 622235 (D.D.C. March 5, 2026), Judge Kollar-Kotelly confirmed, as Plaintiffs have argued, that "[a] privacy harm can support standing by analogy to intrusion upon seclusion if the challenged invasion of privacy would be 'offensive to a reasonable person,'" and that the allegations of the government's "unlawful sharing" of individual "sensitive financial information" in that case would "more than suffice to state a claim of such an injury." *Id.* at *4. A copy of the opinion is attached as Exhibit 1.

2) In *Nemeth-Greenleaf v. U.S. Office of Personnel Management*, No. 25-cv-0407, 2026 WL 607905 (D.D.C. March 4, 2026), Judge Cooper also found that an alleged privacy harm akin to intrusion upon seclusion was a sufficiently concrete injury to confer standing. The

"[u]nauthorized perusal" of sensitive data asserted there is closely analogous to the injuries the Individual Plaintiffs assert in this case, where the USDA has rounded up their sensitive data with no lawful basis and simultaneously granted itself unchecked authority to redisclose that data. *Id.* at *5; *cf.* Plfs.' Mem. in Supp. of Mot. Summ. J. (Dkt. # 37-1) at 14-17. A copy of the opinion is attached as Exhibit 2.

Dated: March 11, 2026

Deana El-Mallawany*
PROTECT DEMOCRACY PROJECT
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
deana.elmallawany@protectdemocracy.org

Nicole Schneidman*
PROTECT DEMOCRACY PROJECT
P.O. Box 341423
Los Angeles, CA 90034-9998
(202) 579-4582
nicole.schneidman@protectdemocracy.org

JoAnna Suriani (D.C. Bar No. 1645212)*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
(202) 579-4582
joanna.suriani@protectdemocracy.org

*Counsel for Plaintiffs MAZON, EPIC, Ramos & Hollingsworth*

Saima A. Akhtar (NY Bar No. 4661237)*
NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org

*Counsel for Plaintiffs MAZON, EPIC, Ramos & Hollingsworth*

Respectfully Submitted,

/s/ Daniel A. Zibel
Daniel A. Zibel (D.C. Bar No. 491377)
Madeline Wiseman (D.C. Bar No. 90031948)
NATIONAL STUDENT LEGAL DEFENSE NETWORK
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
dan@defendstudents.org
madeline@defendstudents.org

*Counsel for Plaintiffs*

John L. Davisson (D.C. Bar #1531914)
Sara Geoghegan (D.C. Bar #90007340)
Kabbas Azhar (D.C. Bar #90027866)
ELECTRONIC PRIVACY INFORMATION CENTER
1519 New Hampshire Ave, N.W.
Washington, D.C. 20036
Telephone: (202) 483-1140
Fax: (202) 483-1248
Email: davisson@epic.org
   geoghegan@epic.org
   azhar@epic.org

*Counsel for EPIC*

*Admitted *Pro Hac Vice*

2