IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAMOD PALLEK, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>BROOKE L. ROLLINS, in her official capacity as U.S. Secretary of Agriculture, *et al.*,<br><br>        Defendants. | Case No. 1:25-cv-01650-JMC<br><br>Judge Jia M. Cobb |

**DEFENDANTS' NOTICE OF AMENDMENT TO SYSTEM OF RECORD NOTICE**

Defendants in the above-captioned matter respectfully submit this notice to alert the Court that on June 15, 2026, the U.S. Department of Agriculture's Food and Nutrition Service ("FNS") published an amendment to the system of record notice ("SORN") for the USDA/FNA-15 National Supplemental Assistance Program (SNAP) Information Database. 91 Fed. Reg. 35,948 (June 15, 2026). A copy of the SORN amendment is attached to this notice.

The amendment makes two changes based on public comments which are relevant to Plaintiffs' claims. First, the amendment revises two of the SORN's routine uses "to state more clearly that all routine uses are subject to applicable legal requirements, including the Privacy Act and the Food and Nutrition Act." *Id.* at 35,949. Specifically, FNS modified routine uses 8 and 11, the new text of which can be found in the amendment at 35,950 to 35,951. This change is related to Plaintiffs' claims that FNS's SORN did not adequately consider public comment, that routine uses 8 and 11 are incompatible with purposes for which data was initially collected, and that they permit disclosure of data in a manner inconsistent with 7 U.S.C. § 2020(e)(8)(A). *See* Am. and

1

Suppl. Compl. ¶¶ 76–82, 86.b, 87 118–25, 126–32, ECF No. 27; Mem. in Support of Pls.' Mot. for Summ. J. § IV, ECF No. 37-1.

Second, the amendment removes reference to foreign entities from routine use 8.  *See* 91 Fed. Reg. 35,948, 35,949–950.  This change is related to Plaintiffs' claim that routine use 8 permits disclosure of data to foreign authorities in a manner inconsistent with the purposes for which the data was collected and in a manner inconsistent with 7 U.S.C. § 2020(e)(8)(A).  *See* ECF No. 37-1 at 40.

Dated: June 22, 2026.                                        Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

BENJAMIN S. KURLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 598-7755
ben.kurland@usdoj.gov

*Counsel for Defendants*

EXHIBIT A

recordkeeping burden for the FNS–366B is estimated at 11.02 hours.

*FNS–388*—State agencies are required to submit the FNS–388 on the 19th of each month. This form is used to report an estimate for issuance and number of participating households for the current and previous months and actual amounts for the second preceding month. A total of 56 State agencies will send one response per month for a total of 672 responses annually; each response takes approximately 0.05 hours to complete. The total recordkeeping burden for the FNS–388 is estimated at 33.67 hours.

*FNS–388A*—State agencies are required to submit the FNS–388A semi-annually, on March 19 and September 19 of each year. This form is used to report actual amounts for issuance and number of participating households for January and July of each year. There are 54 State agencies that will submit the form 2 times per year; each response takes approximately 0.05 hours to

complete. The total recordkeeping burden for the FNS–388A is estimated at 5.41 hours.

*State Plan of Operation Updates*—Each State agency submits 1 response annually for a total of 53 responses; each record takes approximately 0.07 hours to maintain. The total recordkeeping burden for updates to State Plans of Operation as attachments to the FNS–366B is 3.54 hours.

*Territory MOU and Puerto Rico Plan of Operation Updates*—Territories and Puerto Rico submit 1 response annually for a total of 3 responses; each record takes approximately 0.07 hours to maintain. The total recordkeeping burden for updates to Territory MOU and Puerto Rico Plans of Operation as attachments to the FNS–366B is 0.20 hours.

*Other APD Plans and Updates.* FNA estimates that up to 56 State agencies may submit an average of four APD, Plan, or Update submissions annually, for a total of approximately 224 records.

Each record takes an average estimate of 0.05 hours per recordkeeper for an estimated burden of 11.22 recordkeeping hours.

*SF–425 and FNS–778.* All 56 State agencies submit 4 responses annually for a total of 224 annual responses; each record takes approximately 0.05 hours to maintain. The total annual recordkeeping burden for the FNS–366B is estimated at 11.02 hours.

*Advance Planning Document.* Each of the 56 State agencies will submit 1 response annually. Each response will take approximately 0.05 hours. The total annual burden is 2.81 hours.

*Transmittal Letter for APD.* Each of the 56 State agencies will submit 1 response annually. Each response will take approximately 0.05 hours. The total annual burden is 2.81 hours.

*Maintain Confirmation of Match Records.* 54 State agencies will respond 1 time annually. Each response will take approximately 0.08 hours, for a total of 4.51 burden hours annually.

| Regulation | Respondent type | Burden activity | Estimated number of respondents | Estimated responses per respondent | Estimated total annual responses | Estimated hours per response | Estimated total annual hours |
|---|---|---|---|---|---|---|---|
| | | **RECORDKEEPING** | | | | | |
| | | **State Agency Recordkeeping** | | | | | |
| 7 CFR 272.1(f) .............. | State Government Management Analyst. | FNS–366A ..................... | 54.00 | 1.00 | 54.00 | 0.05 | 2.71 |
| | State Government Management Analyst. | FNS–366B ..................... | 55.00 | 4.00 | 220.00 | 0.05 | 11.02 |
| | State Government Management Analyst. | FNS–388 ....................... | 56.00 | 12.00 | 672.00 | 0.05 | 33.67 |
| | State Government Management Analyst. | FNS–388A ..................... | 54.00 | 2.00 | 108.00 | 0.05 | 5.41 |
| | State Government Management Analyst. | Plan of Operations Updates. | 53.00 | 1.00 | 53.00 | 0.07 | 3.54 |
| | State Government Management Analyst. | Territory MOU and Puerto Rico Plan of Operations Updates. | 3.00 | 1.00 | 3.00 | 0.07 | 0.20 |
| | State Government Management Analyst. | SF–425/FNS–778 .......... | 56.00 | 4.00 | 224.00 | 0.05 | 11.22 |
| | State Government Management Analyst. | Advance Planning Document (APD). | 56.00 | 1.00 | 56.00 | 0.05 | 2.81 |
| | State Government Management Analyst. | Transmittal Letter for APD. | 56.00 | 1.00 | 56.00 | 0.05 | 2.81 |
| | State Government Management Analyst. | Other APD Plan or Update. | 12.00 | 1.00 | 12.00 | 0.12 | 1.40 |
| | Eligibility Interviewer ...... | Maintain Confirmation of Match Records *(0605)*. | 54.00 | 1.00 | 54.00 | 0.08 | 4.51 |
| State Agency Recordkeeping Total Estimates. | ....................................... | ....................................... | 56 | 27 | 1512.00 | 0.05 | 79.29 |

**Patrick A. Penn,**
*Acting Administrator, Food and Nutrition Administration, U.S. Department of Agriculture.*

[FR Doc. 2026–11918 Filed 6–12–26; 8:45 am]

**BILLING CODE 3410–30–P**

**DEPARTMENT OF AGRICULTURE**

**Food and Nutrition Administration**

**Privacy Act of 1974; System of Records**

**AGENCY:** Department of Agriculture (USDA), Food and Nutrition Administration (FNA).

**ACTION:** Notice of a modified system of records.

**SUMMARY:** Pursuant to the Privacy Act of 1974 and Office of Management and Budget (OMB) Circular No. A–108, notice is hereby given that USDA proposes modifying the system of records (SOR) entitled USDA/FNA–15, ''National Supplemental Nutrition Assistance Program (SNAP) Information

Database'' after considering public comments. This system is owned, administered, and secured by FNA. The system will assist efforts to validate the accuracy of eligibility determinations and strengthen SNAP and government program integrity. The modification clarifies under what circumstances records may be disclosed pursuant to a routine use. It also removes reference to foreign entities.

**DATES:** Pursuant to 5 U.S.C. 552a(e)(4) and (11), this system of records notice will become effective upon publication in the **Federal Register**, except for the routine uses, which will become effective 30 days after publication in the **Federal Register**, unless USDA determines they must be changed as a result of public comment. USDA will publish any changes to the system of records notice resulting from public comment.

**ADDRESSES:** Interested parties may submit written comments by one of the following methods:
- *Preferred:* Federal eRulemaking Portal at *http://www.regulations.gov* provides the ability to type short comments directly into the comment field on this web page or attach a file for lengthier comments. Follow the online instructions at that site for submitting comments.
- *By email: snapdatabase@usda.gov.*
- *By mail:* FNA, 1320 Braddock Place, Alexandria, VA 22314.

*Instructions:* All comment submissions must include the agency name and docket number for this rulemaking. All comments received will be posted without change to *http://www.regulations.gov,* including any personal information provided. However, comments containing profanity or inappropriate or abusive content may be rejected or redacted before posting.

*Docket:* For access to the docket to read background documents or comments received go to *http://www.regulations.gov.*

**FOR FURTHER INFORMATION CONTACT:** For general questions, please contact: FNA Privacy Officer, Information Management Branch, Food and Nutrition Administration, USDA, 1320 Braddock Pl., Alexandria, Virginia 22314; or via email at *SM.fn.Privacy-FNS@usda.gov.*

**SUPPLEMENTARY INFORMATION:**

## Background

Pursuant to, among other authorities, 7 U.S.C. 2020(a)(3) and (e)(8)(A) and 7 CFR 272.1(c)(1) and (e), FNA works with all State agencies and their designated vendors and/or contractors to transmit data on SNAP participants and transactions for the purposes listed below. This system is consistent with and effectuates multiple executive orders, including but not limited to Executive Order 14243 of March 20, 2025, *Stopping Waste, Fraud, and Abuse by Eliminating Information Silos* and Executive Order 14218 of February 19, 2025, *Ending Taxpayer Subsidization of Open Borders.*

USDA and FNA use the SNAP data in this system to administer and enforce the SNAP Act, including ensuring the integrity of Government programs by verifying SNAP recipient eligibility against federally maintained databases, identifying and eliminating duplicate enrollments, and performing additional eligibility and program integrity checks specified herein.

The system of records notice explains how the records within the new system will be used and with whom they will be shared.

## Purpose of Changes Made to the System

In response to the publication of the notice of a new system of records entitled USDA/FNA–15, ''National Supplemental Nutrition Assistance Program (SNAP) Information Database,'' on June 23, 2025 (Document Number 2025–11463, 90 FR 26521), USDA received more than 450 unique comments. Approximately 132 of those comments raised concerns that information maintained in USDA/FNA–15 could be improperly shared with outside entities, could violate privacy protections, could jeopardize recipient privacy, or could otherwise be mishandled.

USDA reviewed these comments and determined that many reflected uncertainty about how the routine uses in the notice interact with the confidentiality and disclosure requirements of the Food and Nutrition Act of 2008, as amended, 7 U.S.C. 2011 et seq, as well as other privacy-related statutes, such as the Privacy Act. USDA remains bound by all applicable statutory requirements governing privacy generally and household and applicant information, as provided by the Food and Nutrition Act. The original SORN stated in the section titled ''Routine Uses of Records Maintained in the System, Including Categories of Users and Purposes of Such Uses'' that any routine use is permitted only to the extent it is consistent with applicable law. Because this issue was raised frequently by commenters, USDA is revising the routine uses section to state more clearly that all routine uses are subject to applicable legal requirements, including the Privacy Act and the Food and Nutrition Act.

This modification also revises the text of routine uses 8 and 11 to more explicitly mirror the language of the Food and Nutrition Act. In addition, USDA is removing the word ''foreign'' from routine use 8. Since publication of USDA/FNA–15 in the **Federal Register**, USDA is not aware of any disclosure of SNAP data under this SORN to a foreign entity. Although USDA did not intend that term to suggest that such disclosures were anticipated, its inclusion as standard Departmental language created unnecessary concern. USDA is therefore deleting the term to avoid confusion in the future.

USDA is also modifying this SORN to update the storage description from the currently published notice. The revised language clarifies that records in the National SNAP Information Database are maintained electronically and hosted in a FedRAMP High certified cloud infrastructure environment. USDA is making this update so that the SORN more accurately describes the system's current storage and technical environment. An administrative name change has been made from Food and Nutrition Services (FNS) to Food and Nutrition Administration (FNA).

## Privacy Act

The Privacy Act of 1974 (the Privacy Act), 5 U.S.C. 552a, embodies fair information principles in a statutory framework governing the means by which the United States Government collects, maintains, uses, and disseminates records about individuals. The Privacy Act applies to information that is maintained in a SOR. A SOR is a group of any records under the control of an agency for which information is retrieved by the name of an individual or by some identifying number, symbol, or other identifying particular assigned to the individual. In the Privacy Act, an individual is defined to encompass United States citizens and lawful permanent residents.

The Privacy Act requires each agency to publish in the **Federal Register** a description denoting the type and character of each SOR that the agency maintains, to publish the routine uses that are contained in each system in order to make agency record keeping practices transparent, and to notify individuals regarding the uses and locations of their records.

In accordance with 5 U.S.C. 552a(r), USDA has provided a report of this SOR to the Office of Management and Budget and to the relevant committees of Congress.

**SYSTEM NAME AND NUMBER:**

USDA/FNA–15, National SNAP Information Database.

**SECURITY CLASSIFICATION:**

Unclassified.

**SYSTEM LOCATION:**

The National SNAP Information Database is maintained in a FedRAMP High cloud infrastructure environment that is used only by Federal employees and contractors. The data is processed and stored solely within the continental United States. The agency, U.S. Department of Agriculture, address is 1400 Independence Ave. SW, Washington, DC 20250.

**SYSTEM MANAGER(S):**

Director, Portfolio Management Division, Office of Information Technology, Food and Nutrition Service, 1320 Braddock Road, Alexandria, Virginia 22314. Telephone: (703) 305–2504.

**ROUTINE USES OF RECORDS MAINTAINED IN THE SYSTEM, INCLUDING CATEGORIES OF USERS AND PURPOSES OF SUCH USES:**

Records created or stored in this system may be disclosed pursuant to the permitted routine uses outlined below only if such disclosure is permitted by the Food and Nutrition Act of 2008, as amended; specifically 7 U.S.C. 2020(a)(3) and (e)(8); implementing regulations at 7 CFR 272.1(c)(1) and (e), or any other applicable law.

To the extent a routine use outlined below conflicts with the Food and Nutrition Act of 2008, as amended, records will not be disclosed pursuant to that enumerated routine use.

(1) To the Department of Justice or in a proceeding before a court or adjudicative body when: (a) USDA/FNA or any component thereof; or (b) any employee of USDA in his or her official capacity, or any employee of the agency in his or her individual capacity where the Department of Justice has agreed to represent the employee; or (c) the United States Government, is a party to litigation or has an interest in such litigation, and USDA determines that the records are both relevant and necessary to the litigation and the use of such records by the Department of Justice is deemed by USDA to be for a purpose that is compatible with the purpose for which USDA collected the records.

(2) In an appropriate proceeding before a court, grand jury, or administrative or adjudicative body or official, when the USDA/FNA or other Agency representing the USDA, determines that the records are both relevant and necessary to the proceeding; or in an appropriate proceeding before an administrative or adjudicative body when the adjudicator determines the records to be relevant and necessary to the proceeding.

(3) To a Member of Congress or to a Congressional staff member in response to an inquiry of the Congressional office made at the request of, and on behalf of, the individual about whom the record is maintained.

(4) To the National Archives and Records Administration or other Federal government agencies pursuant to records management activities being conducted under 44 U.S.C. 2904 and 2906.

(5) To another Federal agency or Federal entity, when USDA/FNA determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in: (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the recipient agency or entity (including its information systems, programs, and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach.

(6) To appropriate agencies, entities, and persons when: (1) USDA/FNA suspects or has confirmed that there has been a breach of the system of records; (2) USDA/FNA has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, USDA (including its information systems, programs, and operations), the Federal Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with USDA's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm.

(7) To contractors, grantees, experts, consultants, and the agents thereof, and others performing or working on a contract, service, grant, cooperative agreement, or other assignment for USDA, when necessary to accomplish an agency function related to this system of records. USDA and FNA will require individuals provided information under this routine use to comply with all applicable requirements and limitations of disclosure imposed by the Privacy Act.

(8) When a record on its face, or in conjunction with other records, indicates a violation or potential violation of law, whether civil, criminal, or regulatory in nature, and whether arising by general statute or particular program statute, or by regulation, rule, or order issued pursuant thereto, USDA/ FNA may disclose the record to the appropriate agency, whether Federal, State, local, or tribal, or other public authority responsible for enforcing, investigating, or prosecuting such violation or charged with enforcing or implementing the statute, or rule, regulation, or order issued pursuant thereto. To the extent that the record contains information obtained from applicant households and that information derives from records provided by a State Agency or its vendor, the applicant household information may be disclosed for the administration or enforcement of the Food and Nutrition Act of 2008, its corresponding regulations, Federal assistance programs, or federally-assisted State programs in compliance with 7 U.S.C. 2020(e)(8)(A); for audit and examination by the Comptroller General; for the investigation by local, State, or Federal law enforcement of alleged violations of the Food and Nutrition Act of 2008 or its corresponding regulations; for purposes of collecting the amount of an overissuance of benefits from Federal pay, pursuant to 5 U.S.C. 5514, or a Federal income tax, pursuant to 31 U.S.C. 3720A; and for assisting Federal, State, or local law enforcement officers in apprehending a fleeing felon, as defined by 7 U.S.C. 2020(e)(8)(E), where the requirements of that provision are met.

(9) To Federal and State Agencies responsible for: (1) the administration of SNAP; or (2) the administration of other Federal benefits programs to the extent permitted by applicable law when such information is necessary for the performance of lawful audit, oversight, or administrative functions.

(10) To the U.S. Department of the Treasury when disclosure of the information is relevant and necessary to review payment and award eligibility through the Do Not Pay Working System for the purposes of identifying, preventing, or recouping improper payments to an applicant for, or recipient of, Federal funds, including funds disbursed by a state (meaning a state of the United States, the District of Columbia, a territory or possession of the United States, or a federally recognized Indian tribe) in a state-administered, federally funded program.

(11) To support another Federal agency or to an instrumentality of any governmental jurisdiction within or under the control of the United States (including any State or local governmental agency), that administers, or that has the authority to investigate or assist USDA to investigate potential fraud, waste, or abuse, in a Federal

benefits program funded in whole or in part by Federal funds, when disclosure is deemed reasonably necessary by USDA to prevent, deter, discover, detect, investigate, examine, prosecute, sue with respect to, defend against, correct, remedy, or otherwise combat fraud, waste, or abuse in such programs by disclosing information for the administration or enforcement of the Food and Nutrition Act of 2008, its corresponding regulations, Federal assistance programs, or federally-assisted State programs; for audit and examination by the Comptroller General; for the investigation of alleged violations of the Food and Nutrition Act of 2008 or its corresponding regulations; for purposes of collecting the amount of an over issuance of benefits from Federal pay or a Federal income tax; for assisting Federal, State, or local law enforcement officers in apprehending a fleeing felon, as defined by 7 U.S.C. 2020(e)(8)(E); or otherwise as is necessary for administering or enforcing the Food and Nutrition Act of 2008.

**POLICIES AND PRACTICES FOR STORAGE OF RECORDS:**

The National SNAP Information Database is hosted in a FedRAMP High certified cloud infrastructure environment. These records are electronic.

**ADMINISTRATIVE, TECHNICAL, AND PHYSICAL SAFEGUARDS:**

*Administrative Safeguards:* The USDA safeguards records in this system according to applicable rules and policies, including all applicable USDA automated systems security and access policies. USDA has imposed strict controls to minimize the risk of compromising information in the system. Access to the computer system containing the records in this system is limited to those individuals who have a need to know the information for the performance of their official duties and who have appropriate clearances or permissions. Access is controlled through USDA eAuthentication service.

*Technical Safeguards:* The National SNAP Information Database utilizes a robust collection of technical safeguards to ensure the integrity of the platform. The National SNAP Information Database is designed to meet all technical safeguards required by its system categorization in National Institute of Standards and Technology (NIST) 800–53. The National SNAP Information Database will be hosted in a secure environment that uses perimeter security protection to prevent interference or access from outside intruders. When accessing the National

SNAP Information Database, Secure Socket Layer (SSL)/Transport Layer Security (TLS) technology protects the user's information by using both server authentication and data encryption. Users will only access the National SNAP Information Database by USDA eAuthentication through Personal Identity Verification (PIV) Card and Personal Identification Number (PIN) entry or *Login.gov.* The National SNAP Information Database administrators will have a suite of security tools that can be used to increase the security of the system.

*Physical Safeguards:* The servers that host the National SNAP Information Database are stored in a USDA FedRAMP authorized data center with strict physical access control procedures in place to prevent unauthorized access.

**HISTORY:**

Agriculture Department, Notice of a new system of records, published 6/23/2025 (Document Number 2025–11463, 90 FR 26521).

Agriculture Department, Notice of modified systems of records, published 4/13/2026 (Document Number 2026–07093, 91 FR 18812).

**Patrick A. Penn,**
*Acting Administrator.*
[FR Doc. 2026–12005 Filed 6–12–26; 8:45 am]
**BILLING CODE P**

---

## DEPARTMENT OF AGRICULTURE

### Food and Nutrition Administration

### Agency Information Collection Activities: Proposed Collection: Comment Request—EmpowHR/Person Model Non-Employee Data Sheet—FNA–775

**AGENCY:** Food and Nutrition Administration (FNA), USDA.
**ACTION:** Notice.

---

**SUMMARY:** In accordance with the Paperwork Reduction Act of 1995, this notice invites the general public and other public agencies to comment on this proposed information collection. This collection is a revision of a currently approved collection; the purpose of this information collection request is to continue the use of the electronic form FNA–775. This form will continue to provide for the collection of Personal Identifiable Information required to conduct background investigation which is a pre-requisite for all non-FNA employees (contractor, intern, volunteers, etc.) to be granted a security clearance for employment at all FNA locations.

**DATES:** Written comments must be received on or before August 14, 2026.
**ADDRESSES:** Comments are invited on: (a) Whether the proposed collection of information is necessary for the proper performance of the functions of the agency, including whether the information shall have practical utility; (b) the accuracy of the agency's estimate of the burden of the proposed collection of information, including the validity of the methodology and assumptions that were used; (c) ways to enhance the quality, utility, and clarity of the information to be collected; and (d) ways to minimize the burden of the collection of information on those who are to respond, including use of appropriate automated, electronic, mechanical, or other technological collection techniques or other forms of information technology.

Comments may be sent to: Tonya Johnson, Food and Nutrition Administration, U.S. Department of Agriculture, 1320 Braddock Place, Alexandria, VA 22314. Comments may be sent via email to *tonya.johnson2@ usda.gov.* Comments will also be accepted through the Federal eRulemaking Portal. Go to *http:// www.regulations.gov,* and follow the online instructions for submitting comments electronically.

All responses to this notice will be summarized and included in the request for Office of Management and Budget approval. All comments will be a matter of public record.

**FOR FURTHER INFORMATION CONTACT:** Requests for additional information or copies of this information collection should be directed to Tonya Johnson at 703–605–1170.

**SUPPLEMENTARY INFORMATION:**
*Title:* EmpowHR/Person Model Non-Employee Data Sheet.
*Form Number:* FNA–775.
*OMB Number:* 0584–0686.
*Expiration Date:* August 31, 2026.
*Type of Request:* Revision of a currently approved collection.
*Abstract:* The data collected on this sheet is used to input the USDA, Food and Nutrition Administration's non-employee (contractor, intern, volunteer, etc.) information into EmpowHR/Person Model. The data collected is for the specific purpose of sponsorship for the agency's PIV credential and background investigation required for access to agency facilities, systems, and information.
*Affected Public:* (a) Individual/ Households; (b) Business or Other For Profit; (e) Federal Government; *All USDA FNA non-employee affiliates.*
*Estimated Number of Respondents:* 750.