**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NAMOD PALLEK, *et al.*<br><br>*Plaintiffs,*<br><br><br>*v.*<br><br>BROOKE L. ROLLINS, in her official capacity as U.S. Secretary of Agriculture, *et al.*<br><br>*Defendants.* | Civil Action No. 1:25-cv-01650-JMC |

**JOINT STIPULATION OF PARTIAL DISMISSAL PURSUANT TO RULE 41**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to dismissal without prejudice of Counts I and II of the Amended and Supplemental Complaint, ECF #27. *See, e.g.*, *Vail v. D.C.*, No. 86-cv-1718, 1988 WL 63069, at *2 n.5 (D.D.C. June 2, 1988) (recognizing "the use of Rule 41(a) as a means for partial dismissal").[1] The parties further withdraw their respective dispositive motions as to these counts only. *See* ECF #37 (Plaintiffs' Motion for Summary Judgment), #36 (Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment). This stipulation does not affect any other claim or theory of liability pleaded in Plaintiffs' Amended and Supplemental Complaint. *See* ECF #27. Nor does it withdraw the parties' arguments in the pending cross-motions for summary judgment regarding Plaintiffs' two remaining claims.

---

[1] Alternatively, the Court may construe this stipulation as a motion to amend the Amended and Supplemental Complaint to remove Claims I and II. *See Loma Linda Kidney Ctr. v. Azar*, No. 15-cv-01717 (TFH), 2018 WL 993000, at *4 (D.D.C. Feb. 21, 2018) (recognizing "the decision whether to grant dismissal pursuant to Rule 41 or treat the parties' stipulation of dismissal as a motion to amend plaintiffs' complaints is largely immaterial"), *aff'd sub nom. Loma Linda Univ. Kidney Ctr. v. Azar*, 755 F. App'x 7 (D.C. Cir. 2018).

Dated: June 29, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

*/s/ Benjamin S. Kurland*
BENJAMIN S. KURLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 598-7755
ben.kurland@usdoj.gov

*Counsel for Defendants*

Deana El-Mallawany*
PROTECT DEMOCRACY PROJECT
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
deana.elmallawany@protectdemocracy.org

Nicole Schneidman*
PROTECT DEMOCRACY PROJECT
P.O. Box 341423
Los Angeles, CA 90034-9998
(202) 579-4582
nicole.schneidman@protectdemocracy.org

JoAnna Suriani (D.C. Bar No. 1645212)*
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
(202) 579-4582
joanna.suriani@protectdemocracy.org

*/s/ Daniel A. Zibel*
Daniel A. Zibel (D.C. Bar No. 491377)
Madeline Wiseman (D.C. Bar No. 90031948)
NATIONAL STUDENT LEGAL DEFENSE
NETWORK
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495
Email: dan@defendstudents.org
        madeline@defendstudents.org

*Counsel for Plaintiffs*

John L. Davisson, D.C. Bar #1531914
Sara Geoghegan, D.C. Bar #90007340
Kabbas Azhar, D.C. Bar #90027866
ELECTRONIC PRIVACY
INFORMATION CENTER
1519 New Hampshire Ave, N.W.
Washington, D.C. 20036
Telephone: (202) 483-1140

2

*Counsel for Plaintiffs MAZON, EPIC, Ramos & Hollingsworth*

Saima A. Akhtar (NY Bar No. 4661237)*
NATIONAL CENTER FOR LAW AND
ECONOMIC JUSTICE
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org

*Counsel for Plaintiffs MAZON, EPIC, Ramos & Hollingsworth*

Fax: (202) 483-1248
Email: davisson@epic.org
        geoghegan@epic.org
        azhar@epic.org

*Counsel for EPIC*

*Admitted Pro Hac Vice*

3